UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROAR SPIRITS, LLC,

         Plaintiff,

v.

REBEL WINE CO. LLC,

         Defendant.

Case No. 23-cv-04809-HSG

**SCHEDULING ORDER**

A case management conference was held on December 19, 2023. Having considered the parties' proposals, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | February 16, 2024 |
| Close of Fact Discovery | May 17, 2024 |
| Exchange of Opening Expert Reports | May 21, 2024 |
| Exchange of Rebuttal Expert Reports | June 14, 2024 |
| Close of Expert Discovery | July 5, 2024 |
| Dispositive Motion Hearing Deadline | August 15, 2024, at 2:00 p.m. |
| Pretrial Conference | November 19, 2024, at 3:00 p.m. |
| Bench Trial (3 days) | December 9, 2024, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  1/4/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge