J. SCOTT GERIEN (SBN 184728)
sgerien@dpf-law.com
JOY L. DURAND (SBN 245413)
jdurand@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 261-7000
Facsimile: (707) 340- 7239

*Attorneys for Defendant,*
*Rebel Wine Co., LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROAR SPIRITS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, F/K/A EL BANDIDO YANKEE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>REBEL WINE CO., LLC, a California limited liability company,<br><br>Defendant. | **Case No. 4:23-cv-04809-HSG**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REBEL WINE CO., LLC's MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 15, 2024<br>Time: 2:00 p.m.<br>Crtrm: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>Complaint Filed: September 19, 2023 |

This matter comes before the Court on the Motion for Summary Judgment filed by Defendant Rebel Wine Co., LLC. Following the parties' briefing, the Court heard oral argument on this motion on August 15, 2024. Having considered the papers and arguments of counsel, the pleadings on file, and the record in the United States Patent and Trademark Office, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

///

///

IT IS SO ORDERED.

Dated: ____________________, 2024

___________________________________
Honorable Haywood S. Gilliam, Jr.
United States District Judge