J. SCOTT GERIEN (SBN 184728)
sgerien@dpf-law.com
JOY L. DURAND (SBN 245413)
jdurand@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 261-7000
Facsimile: (707) 340- 7239

*Attorneys for Defendant,*
*Rebel Wine Co., LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROAR SPIRITS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, F/K/A EL BANDIDO YANKEE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>REBEL WINE CO., LLC, a California limited liability company,<br><br>Defendant. | **Case No. 4:23-cv-04809-HSG**<br><br>**DECLARATION OF JOY DURAND IN SUPPORT OF DEFENDANT REBEL WINE CO., LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 15, 2024<br>Time: 2:00 p.m.<br>Crtrm: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam Jr.<br><br>Complaint Filed: September 19, 2023 |

I, Joy L. Durand, declare as follows:

1. I am an attorney in good standing licensed to practice by the State Bar of California. I am Senior Counsel with the law firm of Dickenson, Peatman & Fogarty, located at 1500 First Street, Ste. 200, Napa, California 94559. I am counsel for Defendant Rebel Wine Co., LLC ("Rebel"). I submit this declaration in support of Rebel's Motion for Summary Judgment. I have personal knowledge of the facts stated herein and if called to testify upon same could and would do so willingly.

2. Attached hereto as Exhibit A is a true and correct copy of the United States Patent and Trademark Office ("USPTO") record for Registration No. 3974340 for the mark BANDIT for "[a]lcoholic beverages except beers" that was filed with the Trademark Trial and Appeal Board ("TTAB") in Opposition No. 91268314 at 7 TTABVUE 3,10.

3. Attached hereto as Exhibit B is a true and correct copy of the USPTO record for Application Serial No. 90028911 for the mark EL BANDIDO YANKEE for "[d]istilled blue agave liquor".

4. Attached hereto as Exhibit C is a true and correct copy of the USPTO record for Application Serial No. 90029117 for the mark EL BANDIDO YANKEE TEQUILA COMPANY BLANCO and Design for "[b]lue distilled agave tequilana weber liquor".

5. Attached hereto as Exhibit D is a true and correct copy of Rebel's Notice of Opposition opposing registration of Application Serial Nos. 90028911 & 90029117 that was filed with the TTAB on March 23, 2021 in Opposition No. 91268314 at 1 TTABVUE.

6. Attached hereto as Exhibit E is a true and correct copy of a printout from the Merriam-Webster website, merriam-webster.com, defining the term "bandit" as "an outlaw who lives by plunder especially . . . a member of a band of marauders" that was filed with the TTAB in Opposition No. 91268314 at 7 TTABVUE 166.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Robert R. Torkelson ("Torkelson Decl.") that was filed with the TTAB on March 11, 2022 in Opposition No. 91268314 at 7 TTABVUE 192-193 (public/redacted) and 8 TTABVUE 2-5 (confidential).

8. Attached hereto as Exhibit G is a true and correct copy of printouts from Plaintiff Roar Spirits, LLC's ("Roar") website and Twitter account that were filed with the TTAB in Opposition No. 91268314 at 7 TTABVUE 167-190.

9. Attached hereto as Exhibit H is a true and correct copy of a printout from the website, merriam-webster.com, defining the term "el bandido" as "The bandit" that was filed with the TTAB in Opposition No. 91268314 at 7 TTABVUE 159.

10. Attached hereto as Exhibit I is a true and correct copy of a printout of the results of a search for the term "bandit" using the Google Internet search engine for images that was filed with the TTAB in Opposition No. 91268314 at 7 TTABVUE 162-63.



dp&f LAW

11. Attached hereto as Exhibit J is a true and correct copy of the TTAB's final decision in Opposition No. 91268314 and is accessible at 31 TTABVUE.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of July 2024 at Napa, California.

Joy Durand

Joy L. Durand