*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT A

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J

**Generated on:** This page was generated by TSDR on 2022-02-27 22:30:34 EST

**Mark:** BANDIT

BANDIT

**US Serial Number:** 85157500

**Application Filing Date:** Oct. 20, 2010

**US Registration Number:** 3974340

**Registration Date:** Jun. 07, 2011

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Oct. 04, 2021

**Publication Date:** Mar. 22, 2011

# Mark Information

**Mark Literal Elements:** BANDIT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Claimed Ownership of US Registrations:** 3276857, 3311926, 3340854

# Goods and Services

**Note:**
The following symbols indicate that theÂ registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Alcoholic beverages except beers

**International Class(es):** 033 - Primary Class

**U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 24, 2004

**Use in Commerce:** Aug. 24, 2004

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No
**Filed 44D:** No
**Filed 44E:** No
**Filed 66A:** No
**Filed No Basis:** No

**Currently ITU:** No
**Currently 44E:** No
**Currently 66A:** No
**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Rebel Wine Co. LLC

**Owner Address:** 100 St. Helena Highway South
St. Helena, CALIFORNIA UNITED STATES 94574

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** J. Scott Gerien

**Docket Number:** SUTT001-883

**Attorney Primary Email Address:** tmdept@dpf-law.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Suite 301
NAPA, CALIFORNIA UNITED STATES 94559

**Phone:** 707-252-7122

**Fax:** 707-255-6876

**Correspondent e-mail:** tmdept@dpf-law.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 04, 2021 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 68502 |
| Oct. 04, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68502 |
| Sep. 30, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| May 25, 2021 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 07, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Aug. 20, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Aug. 20, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76293 |
| Aug. 19, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Jun. 07, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 07, 2016 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Apr. 27, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 07, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 22, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 22, 2011 | PUBLISHED FOR OPPOSITION | |
| Jan. 30, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 30, 2011 | ASSIGNED TO EXAMINER | 80801 |
| Oct. 25, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 23, 2010 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE **Date in Location:** Oct. 04, 2021

# Proceedings

**Summary**

**Number of Proceedings:** 8

## Type of Proceeding: Opposition

**Proceeding Number:** 91270476 **Filing Date:** Jul 14, 2021

**Status:** Pending **Status Date:** Jul 14, 2021

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

**Defendant**

**Name:** Roar Spirits, LLC

**Correspondent Address:** ROBERT RIVAS
WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN LLP
11400 W OLYMPIC BLVD 9TH FL FLOOR 9
LOS ANGELES CA UNITED STATES , 90064

**Correspondent e-mail:** rrivas@wrslawyers.com , tfoss@wrslawyers.com , ssahebghalam@wrslawyers.com , chamilton@wrslawyers.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LADY BANDIT | Opposition Pending | 90301148 | |
| LADY AND THE BANDIT | Opposition Pending | 90301202 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co., LLC

**Correspondent Address:** J SCOTT GERIEN
DICKENSON PEATMAN & FOGARTY
1455 FIRST STREET SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , bbarrera@dpf-law.com , jdurand@dpf-law.com , gconklin@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | ANSWER | Aug 20, 2021 | |
| 5 | D CHANGE OF CORRESP ADDRESS | Aug 20, 2021 | |
| 4 | P CHANGE OF CORRESP ADDRESS | Aug 19, 2021 | |
| 3 | INSTITUTED | Jul 14, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 14, 2021 | Aug 23, 2021 |
| 1 | FILED AND FEE | Jul 14, 2021 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91268314 **Filing Date:** Mar 23, 2021

**Status:** Pending **Status Date:** Mar 23, 2021

**Interlocutory Attorney:** JENNIFER ELGIN

**Defendant**

**Name:** El Bandido Yankee, LLC

**Correspondent Address:** TAYLOR FOSS
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR

LOS ANGELES CA UNITED STATES , 90064-1582

**Correspondent e-mail:** NoemailforD.

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EL BANDIDO YANKEE | Opposition Pending | 90028911 | |
| EL BANDIDO YANKEE TEQUILA COMPANY | Opposition Pending | 90029117 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J. SCOTT GERIEN
DICKENSON, PEATMAN & FOGARTY
1455 FIRST STREET, SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , bbarrera@dpf-law.com , kmortensen@dpf-law.com , jdurand@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | ANSWER | May 14, 2021 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 28, 2021 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 26, 2021 | |
| 3 | INSTITUTED | Mar 23, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 23, 2021 | May 02, 2021 |
| 1 | FILED AND FEE | Mar 23, 2021 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91264544 **Filing Date:** Sep 02, 2020

**Status:** Terminated **Status Date:** Dec 02, 2020

**Interlocutory Attorney:** JENNIFER ELGIN

**Defendant**

**Name:** Maria Lorraine Lopez

**Correspondent Address:** JONATHAN TOBIN
COUNSEL FOR CREATORS LLP
1019 E. 4TH PL., 2000 RIVERSIDE DR.
LOS ANGELES CA UNITED STATES , 90013

**Correspondent e-mail:** jon@counselforcreators.com , spencer@counselforcreators.com , chuong@counselforcreators.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDITA | Abandoned - After Inter-Partes Decision | 88977685 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J SCOTT GERIEN
DICKENSON PEATMAN & FOGARTY
1455 FIRST STREET SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , bbarrera@dpf-law.com , kmortensen@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Dec 02, 2020 | |
| 5 | BD DECISION: OPP SUSTAINED | Dec 02, 2020 | |
| 4 | NOTICE OF DEFAULT | Oct 23, 2020 | |
| 3 | INSTITUTED | Sep 02, 2020 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 02, 2020 | Oct 12, 2020 |
| 1 | FILED AND FEE | Sep 02, 2020 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91256172 **Filing Date:** Jun 03, 2020

**Status:** Terminated **Status Date:** Mar 15, 2021

**Interlocutory Attorney:** JENNIFER KRISP

**Defendant**

**Name:** Bandit Ventures, Inc.

**Correspondent Address:** MAX J CROWLEY
BANDIT VENTURES INC
510 BROOME STREET # 7E
NEW YORK NY UNITED STATES , 10013

**Correspondent e-mail:** max@thebandit.com , Lhodge@mayerbrown.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | Registered | 88508606 | 6325092 |

**Plaintiff(s)**

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J SCOTT GERIEN
DICKENSON PEATMAN & FOGARTY
1455 FIRST STREET SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , bbarrera@dpf-law.com , jdurand@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 7 | TERMINATED | Mar 15, 2021 | |
| 6 | BD DECISION: OPP DISMISSED W/ PREJ | Mar 15, 2021 | |
| 5 | MOT TO AMEND APPLICATION | Mar 03, 2021 | |
| 4 | ANSWER | Jul 13, 2020 | |
| 3 | INSTITUTED | Jun 03, 2020 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 03, 2020 | Jul 13, 2020 |
| 1 | FILED AND FEE | Jun 03, 2020 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91255865 **Filing Date:** May 18, 2020

**Status:** Terminated **Status Date:** Aug 26, 2020

**Interlocutory Attorney:** GEOFFREY MCNUTT

**Defendant**

**Name:** Gildardo Partida Hermosillo

**Correspondent Address:** THOMAS WILLIAMS
ULMER & BERNE LLP
500 W. MADISON STREET SUITE 3600
CHICAGO IL UNITED STATES , 60661

**Correspondent e-mail:** twilliams@ulmer.com , ipdocketing@ulmer.com , hmaynard@ulmer.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIDO DE AMORES | Abandoned - After Inter-Partes Decision | 88680667 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co., LLC

**Correspondent Address:** J. SCOTT GERIEN
DICKENSON PEATMAN & FOGARTY
1455 FIRST STREET, SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , jdurand@dpf-law.com , bbarrera@dpf-law.com , kmortensen@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Aug 26, 2020 | |
| 5 | BD DECISION: OPP SUSTAINED | Aug 26, 2020 | |
| 4 | NOTICE OF DEFAULT | Jul 07, 2020 | |
| 3 | INSTITUTED | May 18, 2020 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 18, 2020 | Jun 27, 2020 |
| 1 | FILED AND FEE | May 18, 2020 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91247554 **Filing Date:** Apr 12, 2019

**Status:** Terminated **Status Date:** Dec 02, 2019

**Interlocutory Attorney:** JENNIFER KRISP

**Defendant**

**Name:** River Bandit, LLC

**Correspondent Address:** ALEXANDER P MONTGOMERY
HINCKLEY ALLEN & SNYDER LLP
100 WESTMINSTER STREET SUITE 1500
PROVIDENCE RI UNITED STATES , 02903

**Correspondent e-mail:** tmdocket@hinckleyallen.com , amontgomery@hinckleyallen.com , cbush@hinckleyallen.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| RIVER BANDIT CRAFT BEER | Abandoned - After Inter-Partes Decision | 88131984 | |
| RIVER BANDIT CRAFT BEER | Abandoned - After Inter-Partes Decision | 88131990 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J SCOTT GERIEN
DICKENSON PEATMAN & FOGARTY
1455 FIRST STREET, SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , jdurand@dpf-law.com , jkilgore@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 78805267 | 3311926 |
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 11 | TERMINATED | Dec 02, 2019 | |
| 10 | BD DECISION: OPP DISMISSED W/O PREJ | Dec 02, 2019 | |
| 9 | W/DRAW OF APPLICATION | Nov 30, 2019 | |
| 8 | SUSPENDED | Sep 10, 2019 | |
| 7 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Sep 10, 2019 | |
| 6 | ANSWER | Jul 19, 2019 | |
| 5 | EXTENSION OF TIME GRANTED | May 15, 2019 | |
| 4 | D MOT FOR EXT W/ CONSENT | May 15, 2019 | |
| 3 | PENDING, INSTITUTED | Apr 12, 2019 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 12, 2019 | May 22, 2019 |
| 1 | FILED AND FEE | Apr 12, 2019 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91233183 **Filing Date:** Mar 01, 2017

**Status:** Terminated **Status Date:** Jun 08, 2017

**Interlocutory Attorney:** MIKE WEBSTER

**Defendant**

**Name:** 88 Spirits Corporation and Luis Fabricio Camarena Rocha

**Correspondent Address:** LUKE BREAN
BREANLAW LLC
PO BOX 4120, ECM #72065
PORTLAND OR UNITED STATES , 97208

**Correspondent e-mail:** tmsupport@breanlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT BLAKE | Abandoned - After Inter-Partes Decision | 87058114 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J SCOTT GERIEN
DICKENSON PEATMAN & FOGARTY
1455 FIRST STREET SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 78805267 | 3311926 |
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 08, 2017 | |
| 5 | BD DECISION: SUSTAINED | Jun 08, 2017 | |
| 4 | NOTICE OF DEFAULT | Apr 20, 2017 | |
| 3 | PENDING, INSTITUTED | Mar 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 01, 2017 | Apr 10, 2017 |
| 1 | FILED AND FEE | Mar 01, 2017 | |

## Type of Proceeding: Cancellation

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92063917 | **Filing Date:** | Jun 21, 2016 |
| **Status:** | Terminated | **Status Date:** | Aug 09, 2018 |
| **Interlocutory Attorney:** | CHRISTEN M ENGLISH | | |

### Defendant

**Name:** Piney River Brewing Co.

**Correspondent Address:** MICHAEL B BRESSMAN
VANDERBILT LEGAL CLINIC
131 21ST AVENUE SOUTH
NASHVILLE TN UNITED STATES , 37203

**Correspondent e-mail:** trademarks@vanderbilt.edu

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MASKED BANDIT | Cancelled - Section 18 | 86254870 | 4597351 |

### Plaintiff(s)

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J SCOTT GERIEN
DICKENSON PEATMAN & FOGARTY
1455 FIRST STREET, STE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , jkilgore@dpf-law.com , jdurand@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | REGISTERED AND RENEWED | 78805267 | 3311926 |
| BANDIT | REGISTERED AND RENEWED | 85157500 | 3974340 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 35 | TERMINATED | Aug 09, 2018 | |
| 34 | COMMR ORDER CANCELLING REG | Aug 09, 2018 | |
| 33 | BD DECISION: GRANTED | May 25, 2018 | |
| 32 | SUBMITTED ON BRIEF | Mar 15, 2018 | |
| 31 | P REPLY BRIEF OR REBUTTAL BRIEF ON COUNTERCLAIM: TM RULE 2.128 | Mar 15, 2018 | |
| 30 | Confidential Brief on Merits for Defendant | Feb 28, 2018 | |
| 29 | D FINAL BRIEF: TM RULE 2.128 | Feb 28, 2018 | |
| 28 | TRIAL DATES RESET | Feb 27, 2018 | |
| 27 | Confidential Defendant's Notice of Reliance | Feb 20, 2018 | |
| 26 | D NOTICE OF RELIANCE | Feb 20, 2018 | |
| 25 | D MOT TO REOPEN DISCOVERY | Feb 20, 2018 | |
| 24 | DELETE ENTRY | Feb 09, 2018 | |
| 23 | P FINAL BRIEF: TM RULE 2.128 | Dec 11, 2017 | |
| 22 | Confidential Brief on Merits for Plaintiff | Dec 11, 2017 | |
| 21 | TRIAL DATES RESET | Oct 31, 2017 | |
| 20 | STIP FOR EXT | Oct 23, 2017 | |
| 19 | P NOTICE OF RELIANCE | Sep 08, 2017 | |
| 18 | D NOTICE OF RELIANCE | Jul 27, 2017 | |
| 17 | Confidential Defendant's Notice of Reliance | Jul 27, 2017 | |
| 16 | D NOTICE OF RELIANCE | Jul 27, 2017 | |
| 15 | Confidential Testimony For Defendant | Jul 26, 2017 | |
| 14 | D TESTIMONY | Jul 26, 2017 | |
| 13 | D TESTIMONY | Jul 26, 2017 | |
| 12 | D TESTIMONY | Jul 26, 2017 | |

| | | | |
|---|---|---|---|
| 11 | D TESTIMONY | Jul 26, 2017 | |
| 10 | D TESTIMONY | Jul 26, 2017 | |
| 9 | D TESTIMONY | Jul 26, 2017 | |
| 8 | Confidential Plaintiff's Notice of Reliance | May 30, 2017 | |
| 7 | P NOTICE OF RELIANCE | May 30, 2017 | |
| 6 | P NOTICE OF RELIANCE | May 30, 2017 | |
| 5 | ANSWER | Jul 29, 2016 | |
| 4 | D APPEARANCE / POWER OF ATTORNEY | Jul 05, 2016 | |
| 3 | PENDING, INSTITUTED | Jun 22, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 22, 2016 | Aug 01, 2016 |
| 1 | FILED AND FEE | Jun 21, 2016 | |