*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT B

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J

**Generated on:** This page was generated by TSDR on 2024-07-03 13:53:47 EDT

**Mark:** EL BANDIDO YANKEE

EL BANDIDO YANKEE

**US Serial Number:** 90028911

**Application Filing Date:** Jun. 30, 2020

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Mar. 23, 2021

**Publication Date:** Nov. 24, 2020

# Mark Information

**Mark Literal Elements:** EL BANDIDO YANKEE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Luggage; All-purpose carrying bags; Backpacks, book bags, sports bags, bum bags, wallets and handbags; Thongs of leather or hide for fastening or securing items

**International Class(es):** 018 - Primary Class

**U.S Class(es):** 001, 002, 003, 022, 041

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Furniture

**International Class(es):** 020 - Primary Class

**U.S Class(es):** 002, 013, 022, 025, 032, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Drinking glasses; Non-electric portable coolers; Shot glasses; Tumblers for use as drinking glasses

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Headwear for adults, children; Shoes for adults, children; Tops as clothing for adults, children

**International Class(es):** 025 - Primary Class
**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(b)

---

**For:** Distilled blue agave liquor

**International Class(es):** 033 - Primary Class
**U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No
**Currently Use:** No

**Filed ITU:** Yes
**Currently ITU:** Yes

**Filed 44D:** No
**Currently 44D:** No

**Filed 44E:** No
**Currently 44E:** No

**Filed 66A:** No
**Currently 66A:** No

**Filed No Basis:** No
**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** El Bandido Yankee, LLC

**Owner Address:** Suite A
211 N. Williamsburg Drive
Bloomington, ILLINOIS UNITED STATES 61704

**Legal Entity Type:** LIMITED LIABILITY COMPANY
**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** ERIC LEVINRAD

**Attorney Primary Email Address:** elevinrad@wrslawyers.com
**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** ERIC LEVINRAD
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 WEST OLYMPIC BOULEVARD
9TH FLOOR
LOS ANGELES, CALIFORNIA UNITED STATES 90064-1582

**Phone:** 310-478-4100

**Correspondent e-mail:** elevinrad@wrslawyers.com mmagana@wrslawyers.com rguerra@wrslawyers.com rrivas@wrslawyers.com
**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 18, 2023 | OPPOSITION SUSTAINED NO. 999999 | 268314 |
| Jul. 18, 2023 | OPPOSITION SUSTAINED NO. 999999 | 268314 |
| May 05, 2021 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Mar. 23, 2021 | OPPOSITION INSTITUTED NO. 999999 | 268314 |
| Nov. 30, 2020 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Nov. 24, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 24, 2020 | PUBLISHED FOR OPPOSITION | |
| Nov. 04, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |

| | |
|---|---|
| Oct. 20, 2020 | LETTER OF PROTEST EVIDENCE REVIEWED-NO FURTHER ACTION TAKEN |
| Oct. 19, 2020 | LETTER OF PROTEST EVIDENCE FORWARDED |
| Sep. 01, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 31, 2020 | EXAMINER'S AMENDMENT ENTERED |
| Aug. 31, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Aug. 31, 2020 | EXAMINERS AMENDMENT E-MAILED |
| Aug. 31, 2020 | EXAMINERS AMENDMENT -WRITTEN |
| Aug. 29, 2020 | ASSIGNED TO EXAMINER |
| Jul. 28, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 03, 2020 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** MCMORROW, RONALD G

**Law Office Assigned:** LAW OFFICE 118

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Oct. 20, 2020

# Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 1

**Applicant:** El Bandido Yankee, LLC

### Assignment 1 of 1

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 7269/0595

**Pages:** 3

**Date Recorded:** Apr. 22, 2021

**Supporting Documents:** assignment-tm-7269-0595.pdf

### Assignor

**Name:** EL BANDIDO YANKEE, LLC

**Execution Date:** Dec. 17, 2020

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

### Assignee

**Name:** ROAR SPIRITS, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

**Address:** 211 N. WILLIAMSBURG DRIVE
SUITE A
BLOOMINGTON, ILLINOIS 61704

### Correspondent

**Correspondent Name:** TRAVIS HARGROVE

**Correspondent Address:** 3225 EMERALD LANE
SUITE A
JEFFERSON CITY, MO 65109

### Domestic Representative - Not Found

# Proceedings

### Summary

**Number of Proceedings:** 2

### Type of Proceeding: Opposition

**Proceeding Number:** 91268314

**Filing Date:** Mar 23, 2021

**Status:** Pending Court Appeal **Status Date:** Sep 22, 2023

**Interlocutory Attorney:** ELIZABETH WINTER

**Defendant**

**Name:** ROAR Sprits, LLC (substituted for El Bandido Yankee, LLC)

**Correspondent Address:** ERIC LEVINRAD
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR
LOS ANGELES CA UNITED STATES , 90064-1582

**Correspondent e-mail:** elevinrad@wrslawyers.com , rrivas@wrslawyers.com , rguerra@wrslawyers.com , mmagana@wrslawyers.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EL BANDIDO YANKEE | | 90028911 | |
| EL BANDIDO YANKEE TEQUILA COMPANY | | 90029117 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J. SCOTT GERIEN
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, SUITE 200
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , bbarrera@dpf-law.com , jdurand@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 32 | APPEAL TO DISTRICT CT | Sep 22, 2023 | |
| 31 | FINAL DECISION: OPP SUSTAINED | Jul 18, 2023 | |
| 30 | SUBMITTED FOR FINAL DECISION | Mar 17, 2023 | |
| 29 | P REBUTTAL BRIEF: TM RULE 2.128 | Mar 06, 2023 | |
| 28 | D OBJECTION TO P?S EVIDENCE | Feb 21, 2023 | |
| 27 | D MAIN BRIEF: TM RULE 2.128 | Feb 21, 2023 | |
| 26 | P MAIN BRIEF: TM RULE 2.128 | Jan 20, 2023 | |
| 25 | CONFIDENTIAL - P MAIN BRIEF | Jan 20, 2023 | |
| 24 | P NOTICE OF RELIANCE | Nov 14, 2022 | |
| 23 | PROCEEDINGS RESUMED; TRIAL DATES RESET | Oct 07, 2022 | |
| 22 | P RESP TO BD ORDER/INQUIRY | Sep 30, 2022 | |
| 21 | P CHANGE OF CORRESP ADDRESS | Sep 07, 2022 | |
| 20 | SUSPENDED | Aug 30, 2022 | |
| 19 | D CHANGE OF CORRESP ADDRESS | Jul 01, 2022 | |
| 18 | D CHANGE OF CORRESP ADDRESS | Jun 24, 2022 | |
| 17 | SUSP PEND DISP OF OUTSTNDNG MOT | Jun 17, 2022 | |
| 16 | D REPLY IN SUPPORT OF MOTION | Jun 15, 2022 | |
| 15 | P OPP/RESP TO MOTION | May 27, 2022 | |
| 14 | D TESTIMONY | May 11, 2022 | |
| 13 | D TESTIMONY | May 11, 2022 | |
| 12 | D TESTIMONY | May 11, 2022 | |
| 11 | D NOTICE OF RELIANCE | May 11, 2022 | |
| 10 | CONFIDENTIAL - D MOT FOR ORDER PERMITTING DEPO OF TEST OF ROBERT TOKELSONE | May 09, 2022 | |
| 9 | D MOT FOR ORDER PERMITTING TO USE DEPO TEST OF ROBERT TORKELSON | May 09, 2022 | |
| 8 | CONFIDENTIAL - P TESTIMONY | Mar 11, 2022 | |
| 7 | P NOTICE OF RELIANCE AND TESTIMONY | Mar 11, 2022 | |

| | | | |
|---|---|---|---|
| 6 | ANSWER | May 14, 2021 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 28, 2021 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 26, 2021 | |
| 3 | INSTITUTED | Mar 23, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 23, 2021 | May 02, 2021 |
| 1 | FILED AND FEE | Mar 23, 2021 | |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 90028911 **Filing Date:** Nov 30, 2020

**Status:** Terminated **Status Date:** Mar 24, 2021

**Interlocutory Attorney:**

### Defendant

**Name:** El Bandido Yankee, LLC

**Correspondent Address:** HALLIE H. GIBBS II
3225 EMERALD LANE, SUITE A
JEFFERSON CITY MO UNITED STATES , 65109

**Correspondent e-mail:** hgibbs@gptlaw.net , thargrove@gptlaw.net , hfrench@gptlaw.net

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EL BANDIDO YANKEE | | 90028911 | |

### Potential Opposer(s)

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J. SCOTT GERIEN
DICKENSON, PEATMAN & FOGARTY
1455 FIRST STREET, SUITE 301
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , bbarrera@dpf-law.com , kmortensen@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

**Name:** NEW YORK YANKEES PARTNERSHIP

**Correspondent Address:** MARY L. KEVLIN / JEFFREY CHERY
COWAN, LIEBOWITZ & LATMAN, P.C.
114 W 47TH STREET
NEW YORK NY UNITED STATES , 10036

**Correspondent e-mail:** trademark@cll.com , mlk@cll.com , jyc@cll.com , arf@cll.com , lrm@cll.com

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | EXT GRANTED | Mar 19, 2021 | |
| 5 | FINAL 60-DAY REQUEST TO EXT TIME TO OPPOSE | Mar 19, 2021 | |
| 4 | EXT GRANTED | Dec 21, 2020 | |
| 3 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | Dec 21, 2020 | |
| 2 | EXT GRANTED | Nov 30, 2020 | |
| 1 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | Nov 30, 2020 | |