*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT C

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J

**Generated on:** This page was generated by TSDR on 2024-07-03 13:54:17 EDT

**Mark:** EL BANDIDO YANKEE TEQUILA COMPANY BLANCO

**US Serial Number:** 90029117

**Application Filing Date:** Jun. 30, 2020

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Mar. 23, 2021

**Publication Date:** Mar. 09, 2021

## Mark Information

**Mark Literal Elements:** EL BANDIDO YANKEE TEQUILA COMPANY BLANCO

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the upper chest, neck and head of a person that is wearing a western hat and bandana which covers the persons nose, mouth, chin and most of the neck, which is above the words "EL" and "BANDIDO", that are separated by a small diamond shaped object and are level across the top, but underneath curve up toward the middle letters from the "E" and the "O", which is above the word "YANKEE", which is above the words "TEQUILA" and "COMPANY" which are in banner and is curved downward above the wording "BLANCO" all of which are on a background of parchment paper.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "TEQUILA COMPANY" AND "BLANCO"

**Design Search Code(s):**
02.01.07 - Cowboys; Men, cowboys, and westerners; Westerners
02.01.37 - Busts of men in profile; Heads of men in profile; Men - heads, portraiture, or busts in profile; Portraiture of men in profile
05.05.03 - Fleur-de-lis
09.03.08 - Ascots; Bandannas; Neckerchiefs; Scarves
09.05.05 - Sombreros, cowboy hats (10 gallon hats), other broad-brimmed hats
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Blue distilled agave tequilana weber liquor

**International Class(es):** 033 - Primary Class

**U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** El Bandido Yankee, LLC

**Owner Address:** 211 N. Williamsburg Drive
Suite A
Bloomington, ILLINOIS UNITED STATES 61704

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** ERIC LEVINRAD

**Attorney Primary Email Address:** elevinrad@wrslawyers.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** ERIC LEVINRAD
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 WEST OLYMPIC BOULEVARD
9TH FLOOR
LOS ANGELES, CALIFORNIA UNITED STATES 90064-1582

**Phone:** 310-478-4100

**Correspondent e-mail:** rrivas@wrslawyers.com mmagana@wrslawyers.com rguerra@wrslawyers.com elevinrad@wrslawyers.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 18, 2023 | OPPOSITION SUSTAINED NO. 999999 | 268314 |
| Jul. 18, 2023 | OPPOSITION SUSTAINED NO. 999999 | 268314 |
| May 05, 2021 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Mar. 23, 2021 | OPPOSITION INSTITUTED NO. 999999 | 268314 |
| Mar. 23, 2021 | OPPOSITION PAPERS RECEIVED AT TTAB | |
| Mar. 09, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 09, 2021 | PUBLISHED FOR OPPOSITION | |
| Feb. 17, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 03, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 02, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 29, 2021 | ASSIGNED TO LIE | |
| Oct. 20, 2020 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |

| | |
|---|---|
| Oct. 20, 2020 | LETTER OF PROTEST EVIDENCE REVIEWED-NO FURTHER ACTION TAKEN |
| Oct. 19, 2020 | LETTER OF PROTEST EVIDENCE FORWARDED |
| Oct. 03, 2020 | NOTIFICATION OF FINAL REFUSAL EMAILED |
| Oct. 03, 2020 | FINAL REFUSAL E-MAILED |
| Oct. 03, 2020 | FINAL REFUSAL WRITTEN |
| Sep. 23, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Sep. 23, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 23, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 31, 2020 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED |
| Aug. 31, 2020 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED |
| Aug. 31, 2020 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY |
| Aug. 31, 2020 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED |
| Aug. 29, 2020 | ASSIGNED TO EXAMINER |
| Jul. 24, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Jul. 23, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 03, 2020 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** MCMORROW, RONALD G

**Law Office Assigned:** LAW OFFICE 118

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Feb. 04, 2021

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1

**Applicant:** El Bandido Yankee, LLC

**Assignment 1 of 1**

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 7269/0595

**Pages:** 3

**Date Recorded:** Apr. 22, 2021

**Supporting Documents:** assignment-tm-7269-0595.pdf

**Assignor**

**Name:** EL BANDIDO YANKEE, LLC

**Execution Date:** Dec. 17, 2020

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** ROAR SPIRITS, LLC

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

**Address:** 211 N. WILLIAMSBURG DRIVE
SUITE A
BLOOMINGTON, ILLINOIS 61704

**Correspondent**

**Correspondent Name:** TRAVIS HARGROVE

**Correspondent Address:** 3225 EMERALD LANE
SUITE A
JEFFERSON CITY, MO 65109

**Domestic Representative - Not Found**

# Proceedings

**Summary**

**Number of Proceedings:** 2

## Type of Proceeding: Extension of Time

**Proceeding Number:** 90029117 **Filing Date:** Mar 31, 2021

**Status:** Terminated **Status Date:** Jul 07, 2021

**Interlocutory Attorney:**

**Defendant**

**Name:** El Bandido Yankee, LLC

**Correspondent Address:** HALLIE H. GIBBS II
3225 EMERALD LANE, SUITE A
JEFFERSON CITY MO UNITED STATES , 65109

**Correspondent e-mail:** hgibbs@gptlaw.net , thargrove@gptlaw.net , hfrench@gptlaw.net

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EL BANDIDO YANKEE TEQUILA COMPANY | | 90029117 | |

**Potential Opposer(s)**

**Name:** New York Yankees Partnership

**Correspondent Address:** MARY L. KEVLIN / JEFFREY CHERY
COWAN, LIEBOWITZ & LATMAN, P.C.
114 WEST 47TH STREET
NEW YORK NY UNITED STATES , 10036

**Correspondent e-mail:** trademark@cll.com , Jyc@cll.com , mlk@cll.com , lrm@cll.com , szd@cll.com

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | P CHANGE OF CORRESP ADDRESS | Mar 31, 2021 | |
| 2 | EXT GRANTED | Mar 31, 2021 | |
| 1 | FIRST 90-DAY REQUEST TO EXT TIME TO OPPOSE | Mar 31, 2021 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91268314 **Filing Date:** Mar 23, 2021

**Status:** Pending Court Appeal **Status Date:** Sep 22, 2023

**Interlocutory Attorney:** ELIZABETH WINTER

**Defendant**

**Name:** ROAR Sprits, LLC (substituted for El Bandido Yankee, LLC)

**Correspondent Address:** ERIC LEVINRAD
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 WEST OLYMPIC BOULEVARD, 9TH FLOOR
LOS ANGELES CA UNITED STATES , 90064-1582

**Correspondent e-mail:** elevinrad@wrslawyers.com , rrivas@wrslawyers.com , rguerra@wrslawyers.com , mmagana@wrslawyers.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EL BANDIDO YANKEE | | 90028911 | |
| EL BANDIDO YANKEE TEQUILA COMPANY | | 90029117 | |

**Plaintiff(s)**

**Name:** Rebel Wine Co. LLC

**Correspondent Address:** J. SCOTT GERIEN
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, SUITE 200
NAPA CA UNITED STATES , 94559

**Correspondent e-mail:** tmltg@dpf-law.com , bbarrera@dpf-law.com , jdurand@dpf-law.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BANDIT | | 85157500 | 3974340 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 32 | APPEAL TO DISTRICT CT | Sep 22, 2023 | |
| 31 | FINAL DECISION: OPP SUSTAINED | Jul 18, 2023 | |
| 30 | SUBMITTED FOR FINAL DECISION | Mar 17, 2023 | |
| 29 | P REBUTTAL BRIEF: TM RULE 2.128 | Mar 06, 2023 | |
| 28 | D OBJECTION TO P?S EVIDENCE | Feb 21, 2023 | |
| 27 | D MAIN BRIEF: TM RULE 2.128 | Feb 21, 2023 | |
| 26 | P MAIN BRIEF: TM RULE 2.128 | Jan 20, 2023 | |
| 25 | CONFIDENTIAL - P MAIN BRIEF | Jan 20, 2023 | |
| 24 | P NOTICE OF RELIANCE | Nov 14, 2022 | |
| 23 | PROCEEDINGS RESUMED; TRIAL DATES RESET | Oct 07, 2022 | |
| 22 | P RESP TO BD ORDER/INQUIRY | Sep 30, 2022 | |
| 21 | P CHANGE OF CORRESP ADDRESS | Sep 07, 2022 | |
| 20 | SUSPENDED | Aug 30, 2022 | |
| 19 | D CHANGE OF CORRESP ADDRESS | Jul 01, 2022 | |
| 18 | D CHANGE OF CORRESP ADDRESS | Jun 24, 2022 | |
| 17 | SUSP PEND DISP OF OUTSTNDNG MOT | Jun 17, 2022 | |
| 16 | D REPLY IN SUPPORT OF MOTION | Jun 15, 2022 | |
| 15 | P OPP/RESP TO MOTION | May 27, 2022 | |
| 14 | D TESTIMONY | May 11, 2022 | |
| 13 | D TESTIMONY | May 11, 2022 | |
| 12 | D TESTIMONY | May 11, 2022 | |
| 11 | D NOTICE OF RELIANCE | May 11, 2022 | |
| 10 | CONFIDENTIAL - D MOT FOR ORDER PERMITTING DEPO OF TEST OF ROBERT TOKELSONE | May 09, 2022 | |
| 9 | D MOT FOR ORDER PERMITTING TO USE DEPO TEST OF ROBERT TORKELSON | May 09, 2022 | |
| 8 | CONFIDENTIAL - P TESTIMONY | Mar 11, 2022 | |
| 7 | P NOTICE OF RELIANCE AND TESTIMONY | Mar 11, 2022 | |
| 6 | ANSWER | May 14, 2021 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 28, 2021 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 26, 2021 | |
| 3 | INSTITUTED | Mar 23, 2021 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 23, 2021 | May 02, 2021 |
| 1 | FILED AND FEE | Mar 23, 2021 | |