*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT D

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1122291**
Filing date: **03/23/2021**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| | |
|---|---|
| Name | Rebel Wine Co. LLC |
| Granted to Date of previous extension | 03/24/2021 |
| Address | 100 ST. HELENA HWY SOUTH, P.O. BOX 248<br>ST. HELENA, CA 94574<br>UNITED STATES |

| | |
|---|---|
| Correspondence information | J. SCOTT GERIEN<br>DICKENSON, PEATMAN & FOGARTY<br>1455 FIRST STREET, SUITE 301<br>NAPA, CA 94559<br>UNITED STATES<br>Primary Email: tmltg@dpf-law.com<br>Secondary Email(s): bbarrera@dpf-law.com, kmortensen@dpf-law.com, jdurand@dpf-law.com<br>7072527122 |

## Applicant Information

| | | | |
|---|---|---|---|
| Application No. | 90028911 | Publication date | 11/24/2020 |
| Opposition Filing Date | 03/23/2021 | Opposition Period Ends | 03/24/2021 |
| Applicant | El Bandido Yankee, LLC<br>SUITE A<br>211 N. WILLIAMSBURG DRIVE<br>BLOOMINGTON, IL 61704<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 033. First Use: 0 First Use In Commerce: 0
All goods and services in the class are opposed, namely: Distilled blue agave liquor

## Applicant Information

| | | | |
|---|---|---|---|
| Application No. | 90029117 | Publication date | 03/09/2021 |
| Opposition Filing Date | 03/23/2021 | Opposition Period Ends | 04/08/2021 |
| Applicant | El Bandido Yankee, LLC<br>211 N. WILLIAMSBURG DRIVE<br>SUITE A<br>BLOOMINGTON, IL 61704 | | |

| | |
|---|---|
| | UNITED STATES |

## Goods/Services Affected by Opposition

| |
|---|
| Class 033. First Use: 0 First Use In Commerce: 0<br>All goods and services in the class are opposed, namely: Blue distilled agave tequilana weber liquor |

## Grounds for Opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act Section 2(d) |

## Mark Cited by Opposer as Basis for Opposition

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3974340 | Application Date | 10/20/2010 |
| Registration Date | 06/07/2011 | Foreign Priority Date | NONE |
| Word Mark | BANDIT | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 033. First use: First Use: 2004/08/24 First Use In Commerce: 2004/08/24<br>Alcoholic beverages except beers | | |

| | |
|---|---|
| Attachments | Notice of Opposition.pdf(33715 bytes ) |

| | |
|---|---|
| Signature | /Barbara Barrera/ |
| Name | Barbara Barrera |
| Date | 03/23/2021 |

DICKENSON PEATMAN & FOGARTY

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Rebel Wine Co., LLC,<br>Opposer,<br>vs.<br>El Bandido Yankee, LLC,<br>Applicant. | OPPOSITION NO.<br><br>NOTICE OF OPPOSITION |

TO THE COMMISSIONER OF TRADEMARKS:

Rebel Wine Co., LLC ("Opposer"), a California limited liability company with a mailing address of 100 St. Helena Highway, P.O. Box 248, St. Helena, California, 94574, believes it will be damaged by registration of the mark EL BANDIDO YANKEE for "distilled blue agave liquor" in Class 33 shown in Application Serial No. 90/028,911 and the mark EL BANDIDO YANKEE TEQUILA COMPANY and Design for "blue distilled agave tequilana weber liquor" in Class 33 shown in Application Serial No. 90/029,117, both filed on June 30, 2020 by El Bandido Yankee, LLC ("Applicant"), and hereby opposes same.

Solely for the purpose of this proceeding, Opposer alleges the following as grounds for opposition:

1. Applicant seeks to register EL BANDIDO YANKEE as a trademark for "distilled blue agave liquor" in International Class 33, U.S. Trademark Application Serial No. 90/028,911, based on Applicant's alleged intent to use the mark in United States commerce, as evidenced by the publication of such mark on November 24, 2020. Applicant's EL BANDIDO YANKEE application was filed on June 30, 2020.

2. Applicant also seeks to register EL BANDIDO YANKEE TEQUILA COMPANY and Design as a trademark for "blue distilled agave tequilana weber liquor" in International Class 33, U.S. Trademark Application Serial No. 90/029,117, based on Applicant's alleged intent to use the mark in United States commerce, as evidenced by the publication of such mark on March 9, 2021. Applicant's EL BANDIDO YANKEE TEQUILA COMPANY and Design application was filed on June 30, 2020. Applicant's Trademark Application Nos. 90/028,911 and 90/029,117 are hereinafter collectively referred as the "Applications" and the marks reflected in the Applications are referred to collectively as the "EL BANDIDO Marks."

3. Opposer is the owner of incontestable U.S. Trademark Registration No. 3,974,340 issued on June 7, 2011 for the mark BANDIT for alcoholic beverages except beer in International Class 33 with a first use in commerce date as early as August 24, 2004, and a constructive first use date of October 20, 2010.

4. Opposer has continuously used the trade name and mark BANDIT in association with wine and the offering of wine for sale throughout the United States since as early as December 31, 2004. All of the names and marks referred to in paragraphs 3 and 4 of this Notice of Opposition are hereinafter collectively referred to as the "BANDIT Mark."

5. All actual and constructive first use dates for the BANDIT Mark precede any known date of first use or constructive filing date for Applicant's EL BANDIDO Marks.

6. Applicant's EL BANDIDO Marks are likely to cause confusion, mistake or to deceive the public because they are virtually identical to Opposer's BANDIT Mark and the goods for which Opposer has registered, and on which Opposer uses Opposer's BANDIT Mark are identical, substantially similar or related to the goods identified in Applicant's Applications,

DICKENSON PEATMAN & FOGARTY

namely, "distilled blue agave liquor" and "blue distilled agave tequilana weber liquor," and said goods are purchased by the same group of consumers. Accordingly, Applicant's EL BANDIDO Marks are confusingly similar to Opposer's BANDIT Mark such that Applicant is not entitled to register the EL BANDIDO Marks and Applicant's Applications should be denied in accordance with Section 2(d) of the Trademark Act of 1946, 15 U.S.C. §1052(d).

7. Opposer avers that if Applicant is granted registration of the marks herein opposed, it would interfere with Opposer's exclusive right to use Opposer's BANDIT Mark herein relied upon, all to the detriment and damage of Opposer. Accordingly, Opposer avers that for the reasons set forth above, it will be damaged by a grant of registration to Applicant of the EL BANDIDO Marks in Class 33 which are the subject of U.S. Trademark Application Serial Nos. 90/028,911 and 90/029,117.

WHEREFORE, Opposer prays as follows:

1. That this Opposition be sustained;
2. That U.S. Trademark Application Serial No. 90/028,911 be rejected as to Class 33; and
3. That U.S. Trademark Application Serial No. 90/029,117 be rejected; and
4. That registration of the EL BANDIDO YANKEE mark as shown and specified in U.S. Trademark Application Serial No. 90/028,911 be refused and denied as to Class 33; and.
5. That registration of the EL BANDIDO YANKEE TEQUILA COMPANY and Design as shown and specified in U.S. Trademark Application Serial No. 90/029,117 be refused and denied.

///

///

///

///

DICKENSON PEATMAN & FOGARTY

Please charge Opposer's counsel's Deposit Account #503564 the $1,200 filing fee for the Opposition, and any other fees which may be necessary to effectuate the filing of this Opposition.

Dated: March 22, 2021

DICKENSON, PEATMAN & FOGARTY

By: J. Scott Gerien
Joy L. Durand

1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Opposer,
Rebel Wine Co., LLC

DICKENSON PEATMAN & FOGARTY