*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT E

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J

- settings log out
- MY WORDSMY WORDS

bandit

dictionary
thesaurus

view recents

Log in Sign Up
Hello,
Games & Quizzes Thesaurus Word of the Day Features Buying Guide M-W Books

- My WordsMy Words
- View Recents
- Account

Log Out




# bandit

noun
Save Word

To save this word, you'll need to log in.

Log In

ban·dit | \ ˈban-dət \
plural bandits

## Definition of *bandit*

1 plural also banditti\ ban-ˈdi-tē \ **:** an outlaw who lives by plunder especially **:** a member of a band of marauders
2 **:** robber
3 **:** an enemy plane

Other Words from *bandit* Example Sentences Phrases Containing *bandit* Learn More About *bandit*

