*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT G

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J


elbandidoyankee.com
Apps
TMView
Trademark Status &...
OUR STORY
OUR TEQUILAS
CRAFTSMANSHIP
EL BANDIDO YANKEE
TEQUILA COMPANY
THE LEGEND
RECIPES
BUY BANDIDO
BREAK OUT THE BANDIDO
EXPERIENCE EL BANDIDO YANKEE
WATCH NOW →
10:50 PM
2/28/2022


elbandidoyankee.com/our-story/
Apps
TMView
Trademark Status &...
MEET OUR FOUNDERS
A FEW BANDIDOS WALK INTO A BAR
One taste of authentic tequila from the Mexican heartland and they were hooked. Our original bandidos, Jim Bob Morris and Chris Chelios, were on fire to share great tequila with the world. These former professional athletes turned hardscrabble entrepreneurs turned tequila hunters hatched a plan. Make the best damn, best-tasting tequila. Make it the right way. No cheating. Toss in a mix of their own maverick spirit of work hard, celebrate always and bam, the bandido spirit was born.
YOU'RE WANTED FOR A GOOD TIME
Enter your Email....
Submit
EL BANDIDO TEQUILA
RECIPES
BLOG
CONTACT
11:11 PM
2/28/2022


elbandidoyankee.com/our-story/
Apps
TMView
Trademark Status &...
EL BANDIDO TEQUILA
RECIPES
BLOG
CONTACT
BANDIDOS DRINK RESPONSIBLY.
11:15 PM
2/28/2022


elbandidoyankee.com/giving/
Apps
TMView
Trademark Status &...
OUR STORY
OUR TEQUILAS
CRAFTSMANSHIP
EL BANDIDO YANKEE
TEQUILA COMPANY
THE LEGEND
RECIPES
BUY BANDIDO
BANDIDOS GIVE BACK
BE ALL IN
11:21 PM
2/28/2022


elbandidoyankee.com/giving/

Apps TMView Trademark Status &...

BE ALL IN

# BANDIDOS GIVE BOLDLY

The bandido spirit is a choice to live boldly and a responsibility to give generously. It's built into our DNA to be authentic in all that we do, which is why we're working with not-for-profit S.A.C.R.E.D. to improve the lives of people in rural Mexican communities where agave spirits are made. We've committed a portion of net proceeds from our tequila sales, as well as 100% of net proceeds from our merchandise sales, to support this vital work.

s.a.c.r.e.d.

11:24 PM
2/28/2022


elbandidoyankee.com/shop/
Apps
TMView
Trademark Status &...
OUR STORY
OUR TEQUILAS
CRAFTSMANSHIP
EL BANDIDO YANKEE
TEQUILA COMPANY
THE LEGEND
RECIPES
BUY BANDIDO
SHOP LIKE A BANDIDO
SHOP OUR BOTTLES →
SHOP OUR MERCH →
11:25 PM
2/28/2022


elbandidoyankee.com/shop/
Apps
TMView
Trademark Status &...
SHOP OUR MERCH
BECOME A BANDIDO
START SHOPPING →
OTHER WAYS TO GET YOUR BOTTLE
SHOP ON OAKED →
SHOP ON MISSION WINE & SPIRITS →
SHOP ON HI-TIME WINE CELLARS →
YOU'RE WANTED FOR A GOOD TIME
Enter your Email....
Submit
11:26 PM
2/28/2022


elbandidoyankee.com
Apps
TMView
Trademark Status &...
COME AS YOU ARE
LEAVE A BANDIDO
SHOP MERCH
#BANDIDOBRIGADE
11:35 PM
2/28/2022


elbandidoyankee.com/on-the-air-with-el-bandido/
Apps
TMView
Trademark Status &...
OUR STORY
OUR TEQUILAS
CRAFTSMANSHIP
EL BANDIDO YANKEE
TEQUILA COMPANY
THE LEGEND
RECIPES
BUY BANDIDO
ON THE AIR WITH
EL BANDIDO
abc 7
WINDY CITY
CHICAGO'S VERY OWN
5 CHICAGO
11:31 PM
2/28/2022


elbandidoyankee.com/blog/
Apps
TMView
Trademark Status &...
OUR STORY
OUR TEQUILAS
CRAFTSMANSHIP
EL BANDIDO YANKEE
TEQUILA COMPANY
THE LEGEND
RECIPES
BUY BANDIDO
EL BANDIDO SPIRIT
11:28 PM
2/28/2022

elbandidoyankee.com/blushing-bandido/

Apps TMView Trademark Status &...

OUR STORY OUR TEQUILAS CRAFTSMANSHIP EL BANDIDO YANKEE TEQUILA COMPANY THE LEGEND RECIPES BUY BANDIDO



EL BANDIDO YANKEE REPOSADO

# BLUSHING BANDIDO

This refreshing Reposado rosé mix up will leave even the boldest of bandidos blushing, along with a side of sly tartness.

## INGREDIENTS

- 1 oz EBY Reposado Tequila
- .50 oz Fresh Lemon Juice
- .50 oz Strawberry Simple Syrup
- Top with your favorite sparkling Rosé
- Lemon Segment for Garnish

FACEBOOK

TWITTER

EMAIL

PRINT

## MAKE IT

11:17 PM
2/28/2022


elbandidoyankee.com/fiery-bandido/
Apps
TMView
Trademark Status &...
OUR STORY
OUR TEQUILAS
CRAFTSMANSHIP
EL BANDIDO YANKEE
TEQUILA COMPANY
THE LEGEND
RECIPES
BUY BANDIDO
EL BANDIDO YANKEE BLANCO
FIERY BANDIDO
Feeling feisty? Get your bandido on with a delectable combo of herbs and fruit, finished off with attitude and heat.
INGREDIENTS
• 1.5 oz EBY Blanco Tequila
• 1.5 oz Watermelon Puree
• .50 oz Basil Simple Syrup
• .75 oz Fresh Lime Juice
• 2 dashes of Hot Pepper Bitters
• Dehydrated Basil Leaf for Garnish
FACEBOOK
TWITTER
EMAIL
PRINT
11:18 PM
2/28/2022

elbandidoyankee.com/tequila-artistry/
Apps TMView Trademark Status &...

5 WAYS TO SIZE UP A PREMIUM TEQUILA

# BE A TRUE TEQUILA BANDIDO

APRIL 7, 2021

## 5 WAYS TO SIZE UP A PREMIUM TEQUILA

Whiskey and scotch, step aside. A new premium spirit experience is in town and has just as much depth and personality. A great tasting tequila is something to be savored and talked about.

Here at El Bandido Yankee, we believe it should be easy and fun to become a tequila aficionado. Nothing fancy going on here. Just us making outrageously smooth tequila the way it should be made — in the birthplace of tequila and without cutting corners.

So what does it mean to be an ultra premium tequila? Here's just a few of the ways El Bandido Yankee tequila stands out in the premium tequila category. Next time you're breaking out the bandido with friends, toss a few of these fun facts into the convo.

## 1. ALL ABOUT BLUE WEBER AGAVE

While there are more than 200 types of agave grown in Mexico, tequila is only made from one variety, blue weber agave. At El Bandido Yankee, we care about sustainability and flavor, which means we hand select only the finest and fully mature blue weber agave to ensure a higher concentration of agave sugars. These beauts can take anywhere from 5 to 8 years to mature.

Our agave is selected by jimadores, who are skilled harvesters adept at knowing when an agave plant has reached the ideal maturity. They use a long-handled knife called a coa to cut back the leaves to reach the piña, or heart of the agave, which resembles a giant pineapple. Only the piñas are used to produce tequila. The leaves of the agave are saved and used to make food, fiber and even musical instruments.

11:30 PM
2/28/2022

elbandidoyankee.com/the-legend/

Apps TMView Trademark Status &...

HERE'S TO THE BANDIDO IN ALL OF US

# IF YOU WANT SOMETHING, GO GET IT

When El Bandido rode into town, he had a hankering for some authentically pure tequila, so he made it himself. The right way. Crafted in the birthplace of tequila with hand selected blue weber agave.

**#BANDIDOBRIGADE**



WITH A GLINT IN HIS EYE, **EL BANDIDO YANKEE** IS COMING SOON TO A **GOOD TIME** NEAR YOU.

11:19 PM
2/28/2022


elbandidoyankee.com/our-story/
Apps
TMView
Trademark Status &...
YOU'RE WANTED FOR A **GOOD** TIME
Enter your Email....
Submit
EL BANDIDO TEQUILA
RECIPES
BLOG
CONTACT
11:14 PM
2/28/2022


elbandidoyankee.com/on-the-air-with-el-bandido/
Apps
TMView
Trademark Status &...
WGN 720
WGN 720
WGN 720
JIM BOB MORRIS AND CHRIS CHELIOS LAUNCH EL BANDIDO YANKEE IN CHICAGO, CELEBRATING WITH FRIENDS, FANS AND TEQUILA
WGN RADIO 720
KEEP READING →
CHRIS CHELIOS HELPS CHICAGO 'BREAK OUT THE BANDIDO' WITH BLACKHAWK GOALS AND THE BEST NEW TEQUILA
WGN RADIO 720
KEEP READING →
CHRIS CHELIOS AND JIM BOB MORRIS TALK TEQUILA AND STARTING SUMMER 'EL BANDIDO YANKEE' STYLE!
WGN RADIO 720
KEEP READING →
11:33 PM
2/28/2022

twitter.com/elbandidoyankee/status/1461800524316123139?cxt=HHwWhoC9hZ_1rckoAAAA

Apps TMView Trademark Status &...

Explore

Settings

**Tweet**

El Bandido Yankee
@elbandidoyankee

Bandido and happy hour... can you name a better duo?

#breakoutthebandido #sosmoothitscriminal #tequila #lime #sip #friday #happyhour




Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

El Bandido Yankee
@elbandidoyankee
Follow

The all-new, additive-free tequila. 21+ only | 40% ABV | 100% Agave | By following, you confirm you're of legal drinking age. Do not share with those under 21.

**What's happening**

Ukrainian conflict · 4 hours ago
How to verify information involving the conflict in Ukraine, according to fact-checkers and experts

Bloomberg Quick... · 4 hours ago
Ukrainians are volunteering to take up arms to protect their country

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up

11:39 PM
2/28/2022

twitter.com/elbandidoyankee/status/1473042244165488647cxt=HHwWgMC92byHpvEoAAAA

Apps TMView Trademark Status &...

Explore

Settings

Tweet

El Bandido Yankee
@elbandidoyankee

Bandidos always ride shotgun

#eby #elbandidoyankee #bandido #tequila #shotgun #lime #cocktail



Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

El Bandido Yankee
@elbandidoyankee
Follow

The all-new, additive-free tequila. 21+ only | 40% ABV | 100% Agave | By following, you confirm you're of legal drinking age. Do not share with those under 21.

**What's happening**

Ukraine conflict · 1 hour ago
Satellite images show Russian military convoy north of Kyiv
Trending with #RussiaUkraine, #StandingWithUkraine



Bloomberg Quick... · 4 hours ago
Ukrainians are volunteering to take up arms to protect their country



**Don't miss what's happening**
People on Twitter are the first to know.

Log in

Sign up

11:40 PM
2/28/2022

twitter.com/elbandidoyankee/status/1462832494277976068

Apps TMView Trademark Status &...

Explore

Settings

Tweet

El Bandido Yankee
@elbandidoyankee

I don't make choices, I make moves. Hand over the Bandido

#elbandidoyankee #breakoutthebandido #tequila #sosmoothitscriminal #cigar #eby #limes #bandido




Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

El Bandido Yankee
@elbandidoyankee
Follow

The all-new, additive-free tequila. 21+ only | 40% ABV | 100% Agave | By following, you confirm you're of legal drinking age. Do not share with those under 21.

**What's happening**

Ukrainian conflict · This evening
Old photo of Ukrainian children saluting soldiers is from 2016, AP and Reuters report



Bloomberg Quick... · 4 hours ago
Ukrainians are volunteering to take up arms to protect their country



**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

11:41 PM
2/28/2022

twitter.com/elbandidoyankee/status/1434982978967457794?cxt=HHwWhMCygdTaiuonAAAA

Apps TMView Trademark Status &...

Explore

Settings

Tweet

El Bandido Yankee
@elbandidoyankee

Kick your boots up and celebrate Labor Day the Bandido way #labordayweekend #tequilatime #bandido #eby




Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

El Bandido Yankee
@elbandidoyankee
Follow

The all-new, additive-free tequila. 21+ only | 40% ABV | 100% Agave | By following, you confirm you're of legal drinking age. Do not share with those under 21.

**What's happening**

Ukrainian conflict · This evening
Old photo of Ukrainian children saluting soldiers is from 2016, AP and Reuters report



Bloomberg Quick... · 4 hours ago
Ukrainians are volunteering to take up arms to protect their country



**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

11:38 PM
2/28/2022

twitter.com/elbandidoyankee/status/1465381275225706508

Apps TMView Trademark Status &...

Explore

Settings

Tweet

El Bandido Yankee
@elbandidoyankee

Don't be the guy who brings bad tequila to the holiday party, break out the bandido

#eby #breakoutthebandido #sosmoothitscriminal #elbandidoyankee #tequila #holiday #gift #holidaygift #party



Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

El Bandido Yankee
@elbandidoyankee
Follow

The all-new, additive-free tequila. 21+ only | 40% ABV | 100% Agave | By following, you confirm you're of legal drinking age. Do not share with those under 21.

**What's happening**

Ukraine conflict · 1 hour ago
Satellite images show Russian military convoy north of Kyiv
Trending with #RussiaUkraine, #StandingWithUkraine



Bloomberg Quick... · 4 hours ago
Ukrainians are volunteering to take up arms to protect their country



**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

11:41 PM
2/28/2022

twitter.com/elbandidoyankee/status/1466480346350997515

Apps TMView Trademark Status &...

Explore

Settings

Tweet

El Bandido Yankee
@elbandidoyankee

Out here all you need is the love of your horse and an El Bandido to appreciate the day

#eby #elbandidoyankee #salt #lime #tequila #breakouthebandido #sosmoothitscriminal #drink #cocktail #untamed #bandidowashere #horse #drink



Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

El Bandido Yankee
@elbandidoyankee
Follow

The all-new, additive-free tequila. 21+ only | 40% ABV | 100% Agave | By following, you confirm you're of legal drinking age. Do not share with those under 21.

**What's happening**

Ukrainian conflict · This evening
Old photo of Ukrainian children saluting soldiers is from 2016, AP and Reuters report



Bloomberg Quick... · 5 hours ago
Ukrainians are volunteering to take up arms to protect their country



**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

11:42 PM
2/28/2022