*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT H

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J

TRANSLATOR LANGUAGE GAMES SCHOOLS

tequila

Enjoy elite status from day one.
More
Join Now

# Translator

Translate your text for free
Over 30 languages available, including English, French, Spanish, German, Italian, Portuguese, Chinese and Hindi.

Spanish ⇄ English (Enhanced)

el bandido ✖ the bandit

TRANSLATE
10 characters / 5000

Sign-in to collinsdictionary.com to avoid reCAPTCHA requests.

Translations from Collins Dictionaries

**el**
*definite article* (con nombres de referente único o concreto) **the**, (+ subjunctive) **whoever [...]**
Go to dictionary entry

**bandido**
*masculine noun*
(= delincuente) **bandit**, **outlaw [...]**
Go to dictionary entry

Translations from Collins Dictionaries

**el**
*definite article* (con nombres de referente único o concreto) **the**, (+ subjunctive) **whoever [...]**
Go to dictionary entry

**bandido**

Quick Word Challenge

Question: 1 - Score: 0 / 5
**councillor** or **counsellor**?
Drag the correct answer into the box.
councillor counsellor
They sought the help of a marriage
.
NEXT