*Rebel Wine Co., LLC v. ROAR Spirits, LLC*

*United States District Court*

*Northern District of California*

Case No. 4:23-cv-04809-HSG

# EXHIBIT I

Declaration of Joy Durand in Support of Defendant Rebel Wine Co., LLC's Motion for Summary Judgment; Exhibits A-J


Beat Sneak Bandit on the App Store
apps.apple.com


Bandit - Liquipedia Rainbow Six Wiki
liquipedia.net



Bandit Skull With Revolvers Royalty ...
123rf.com


Contextual Bandits and Reinforcement ...
towardsdatascience.com


Bandit tl
store.ste


THE BANDIT | ND Surfboar...
ndsurfboards.co.uk



BANDIT PIZZA & PAIRINGS BY ROCKMILL
rockmillbandit.com


Stream Bandit music | Liste...
soundcloud.com


Elite Bandit Set
ubisoft.com


Bandit
banditedit.com


CAPTURED: 'Bushy Brows Bandit' taken ...
kktv.com


Bandit. | CanStock
canstockphoto.com


Transparent Bandit Png, P...
pngitem.com


Bandit (2022) - IMDb
imdb.com


bank robberies along I-91 corridor ...
masslive.com


Bandit - ROBOTS: Your Guide to the ...
robots.ieee.org



bandana scarf mask logo ...
vectorstock.com


Warsaw | BANDIT
banditgutterpunk.bandcamp.c...



Bandit BBQ - LONE STAR ARTS DISTRICT ...
banditbbqsatx.com


Bandit | Rainbow Six
rainbowsix.fandom.co


Discount Bandit - Home | Fac...
facebook.com

Related searches

- bandit **cartoon**
- bandit **bluey**
- bandit **mask**


Amazon.com: Women's...
amazon.com



Bandit Badge Logo Design Illustraton ...
creativefabrica.com


Bandit Industries, Inc
banditchippers.com


6 days
Bandit E
flx.bike


Smokey and the Bandit: the 7-...
barnesandnoble.com


Bandit - Super Mario Wiki, the Mario ...
mariowiki.com



Juice WRLD - Bandit (Lyrics) ft. NBA ...
youtube.com


Mexican Bandit Cartoo...
friendlystock.com


How 'Smokey and the Bandit II' Tackled ...
ultimateclassicrock.com

Google

bandit

All Videos Images Maps News More Tools Collections SafeSearch

cowboy female logo wild west anime raccoon bandana suzuki


Bandit - YouTube
youtube.com


Bandit Royalty Free Vect...
vectorstock.com


Gear - Bandit Racing
banditseries.com



Bandit | Elden Ring Wiki
eldenring.wiki.fextralife.c...



Bandit
banditedit.com


Black
funide


Bandit | Clash Royale Wiki...
clashroyale.fandom.com


the Bandit [4K Ultra HD Bl...
bestbuy.com · In stock


Bad Bandit Women's C...
halloweencostumes.com...


8,029 Bandit Illustrations & Clip Art ...
istockphoto.com


Black Bandit Mask | Party City
partycity.com · In stock


Bandit Royalty Free Ve...
vectorstock.com


Smokey and the Bandit (1977) - IMDb
imdb.com


Smokey and the Bandit...
rottentomatoes.com


Smokey and the Bandit' TV Series in the ...
hollywoodreporter.com


Stream BANDIT MUSIC music | L...
soundcloud.com



Smokey and the Bandit (9/
youtube.com


Bandit | Wolvesville Wi...
wolvesville.fandom.com


Bandit Cartoon Images...
stock.adobe.com



Bandit | Fulton Market - West Loop ...
banditliquors.com


Women's Bad Bandit C...
walmart.com · Out of sto...



Social Bandit Brewing Co
socialbandit.com.au


Rainbow Si
ubisoft.com


Bandit Heeler | Bluey W...
blueypedia.fandom.com


BANDIT | SingingRock.cz
singingrock.com


How We Forgot the Bobbed Haired Ban...
atlasobscura.com



About Us | Discount Bandit
discountbandit.com



The Bandit's Slot VC (@YouBan...
mobile.twitter.com