ROBERT A. RIVAS (State Bar No. 196744)
rrivas@wrslawyers.com
BENJAMIN J. MANDEL (State Bar No. 342091)
bmandel@wrslawyers.com
PAULO A. DE ALMEIDA (State Bar No. 279168)
pdealmeida@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Plaintiff ROAR SPIRITS, LLC
f/k/a EL BANDIDO YANKEE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

ROAR SPIRITS, LLC, a Delaware limited liability company, f/k/a EL BANDIDO YANKEE, LLC,

Plaintiff,

vs.

REBEL WINE CO., LLC, a California limited liability company,

Defendants.

Case No. 4:23-cv-04809-HSG
*Judge: Hon. Haywood S. Gilliam Jr.*

**DECLARATION OF DR. ANNABELLE SARTORE IN SUPPORT OF PLAINTIFF ROAR SPIRITS, LLC'S OPPOSITION TO DEFENDANT REBEL WINE CO., LLC'S MOTION FOR SUMMARY JUDGMENT**

**Date: August 15, 2024**
**Time: 2:00 p.m.**
**CrtRm: 2, 4th Floor**

Complaint Filed: September 19, 2023

I, Dr. Annabelle Sartore, declare as follows:

1. I am an individual currently residing in the County of Los Angeles, State of California, and am over 18 years of age. I am a partner in the marketing research and consulting firm of Ford Bubala & Associates, where I have been engaged in commercial marketing research and consulting for over forty years. I am an emeritus faculty member of the School of Business Administration, California State University, Long Beach, where I held a fulltime teaching position for sixteen years, prior to my retirement from academia in 1985. I submit this declaration in support of Plaintiff Roar Spirits, LLC's Opposition to Defendant Rebel Wine Co., LLC's ("Rebel") Motion for Summary Judgment.

2. I have personal knowledge of the facts stated herein and if called to testify upon same could and would do so willingly.

3. In the instant matter, at the request of counsel for Plaintiff, I designed a survey to address the issue of likelihood of confusion with respect to Plaintiff's use of the EL BANDIDO YANKEE mark. Attached hereto as **Exhibit 1** is a true and correct copy of my expert report detailing the survey, which was conducted from May 9, 2024 through May 13, 2024.

4. Based upon data collected during execution of the survey, no individual respondent expressed a belief that Rebel made or put out a tequila under the EL BANDIDO YANKEE word mark; no individual respondent thought that EL BANDIDO YANKEE was being made or put out with the authorization, approval or sponsorship of Rebel, and that no individual respondent thought that EL BANDIDO YANKEE had a business affiliation or business connection with Rebel.

4. On July 3, 2024, I prepared a supplemental report explaining that the survey employed *click balancing* to ensure the survey represented the U.S. population, in proportion to the population's characteristics, and determining the age and gender of qualified participants and then sampling from that distribution. Click balancing is considered to be a reliable substitute for apriori conducting a survey of

the U.S. population, and the results of the survey are reliable. Attached hereto as **Exhibit 2** is a true and correct copy of my supplemental report. My supplemental expert report also addresses some critiques of the survey which are unfounded as explained further in that report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25 July 2024 at Los Angeles, California.

/s/ Annabelle Sartore
ANNABELLE SARTORE, PH.D