EXHIBIT 1

# El BANDIDO YANKEE TEQUILA MATTER

LIKELIHOOD OF CONFUSION PILOT SURVEY

Ford Bubala & Associates
May 2024

ford bubala & associates
4952 Warner Ave, Suite 317
Huntington Beach, CA 92649
Telephone: (562) 592-4581
Facsimile: (562) 592-3867

www.fordbubala.com

May 21, 2024

TO: Paulo A. de Almeida
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard
Ninth Floor
Los Angeles, CA 90064

FROM: Dr. AnnaBelle Sartore
Ford Bubala & Associates

RE: Likelihood of Confusion Pilot Survey – El Bandido Yankee

I am a partner in the marketing research and consulting firm of Ford Bubala & Associates, located in Huntington Beach, California, where I have been engaged in commercial marketing research and consulting for over forty years. I am an emeritus faculty member of the School of Business Administration, California State University, Long Beach, where I held a fulltime teaching position for sixteen years, prior to my retirement from academia in 1985.

In the instant matter, at the request of counsel for Plaintiff, I designed a survey to address the issue of likelihood of confusion with respect to Plaintiff's use of the EL BANDIDO YANKEE mark. To test this issue, a pilot survey was conducted in May, 2024, among one hundred twelve (112) qualified participants. What follows is a copy of the questionnaire and a brief summary of the pilot survey results.

Based upon data collected during execution of this pilot survey, no individual respondent expressed a belief that Defendant (i.e., Rebel Wine Co. LLC and/or BANDIT) made or put out tequila under the EL BANDIDO YANKEE word mark, that no individual respondent thought that the EL BANDIDO YANKEE was being made or put out with the authorization, approval or sponsorship of Defendant, and that no individual respondent thought that EL BANDIDO YANKEE had a business affiliation or business connection with Defendant.

While these results are based on a pilot of only one hundred twelve (112) respondents, unless there is a particular alteration in the environment, it would be my expectation, given the above-described results, that results of a full study (i.e., 200 test cell interviews and 200 control cell interviews) would not be anticipated to vary significantly from that of the pilot.

SURVEY RESEARCH DESIGN/TABULATION/ANALYSIS

Ford Bubala & Associates
4952 Warner Avenue, #317
Huntington Beach, CA 92649

PROFESSIONAL SURVEY ORGANIZATION

MGMR Research, LLC
8554 Culfor Crescent
Norfolk, VA 23503

SAMPLE PROVIDER

Innovate MR
23679 Calabasas Road, #1038
Calabasas, CA 91302

DATA COLLECTION DATES

May 9 through May 13, 2024

COST

It is estimated that the pilot cost is between $4,000 - $8,000 (an invoice has not yet been prepared).

Partner rate is $600 per hour; Associate rate is $300 per hour.

TESTIMONY (Past Four Years)

AMER SPORTS CANADA INC. VS. ADIDAS CANADA LIMITED
*Deposition: April 29, 2023*

REBEL WINE CO. VS. ROAR SPIRITS
*Deposition: October 11, 2023*

AnnaBelle Sartore, Ph.D.

# EL BANDIDO YANKEE TEQUILA MATTER
## LIKELIHOOD OF CONFUSION PILOT SURVEY

TABLE OF CONTENTS


Page

Tab A: TEST CELL

Image W Word Mark, Screener and Questionnaire ........ 2

Tab B: Tab 1: Table 1 - Questions 10.0 through 13.2 ........ 13
Response Categories ........ 14
Survey Responses ........ 15

Tab C: RESPONDENT CHARACTERISTICS

Tab 2: Table 2 – Past and Future Purchase of Tequila ........ 38

Tab 3: Table 3 - Gender Distribution of Respondents ........ 39

Tab 4: Table 4 - Age Distribution of Respondents ........ 40

Tab 5: Table 5 - Gender and Age Distribution of Respondents ........ 41

# TAB A

TEST CELL

IMAGE W WORD MARK, SCREENER AND QUESTIONNAIRE

IMAGE W

WORD MARK

EL BANDIDO YANKEE

SCREENER - W

**SCREEN #1**

Please take a few moments to complete our questionnaire. We value your opinions.

**SCREEN #2**

1.0 Select gender.

_____1. Male

_____2. Female

**PROGRAMMER NOTE: GENDER QUOTA**
**MALES XX%, FEMALES XX%**

**SCREEN #3**

1.1 For verification purposes, please enter your date of birth.

__/__/____
MM DD YYYY

**PROGRAMMER NOTE: TERMINATE IF DOES NOT MATCH PANELIST'S PRE-EXISTING DATA. IF DOB IS BLANK, TERMINATE AS REFUSED. CALCULATE AGE RANGES TO DETERMINE OPEN QUOTAS FOR AGE PRIOR TO CONTINUING. [CODE AGE RANGE BASED ON DOB]**

1. Under 21 **TERMINATE.**
2. 21 to 34
3. 35 to 54
4. 55 or over

**PROGRAMMER NOTE: AGE/GENDER QUOTAS:**
**21 TO 34 - MALES XX%, FEMALES XX%**
**35 TO 54 - MALES XX%, FEMALES XX%**
**55 OR OVER - MALES X%, FEMALES X%**

**SCREEN #4**

2.0 Please select the area of the country in which you reside:

_____1. Northeast (Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont)

_____2. Midwest (Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin)

_____3. South (Alabama, Arkansas, DC, Delaware, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia)

_____4. West (Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming)

_____5. Other **TERMINATE.**

**PROGRAMMER NOTE: QUOTAS FOR POPULATION IN THE FOUR CENSUS REGIONS:**

**XX% NORTHEAST**
**XX% MIDWEST**
**XX% SOUTH**
**XX% WEST**

**SCREEN #5**

3.0 In the past 6 months, have you purchased any of the following:
**PROGRAMMER NOTE: RANDOMIZE LIST.**

| | Yes | No | Don't Know |
|---|---|---|---|
| - a bottle of tequila? . . . . . . . | ____1. | ____2. | ____3. |
| - a bottle of rum? . . . . . . . . . | ____1. | ____2. | ____3. |
| - a bottle of vodka? . . . . . . . . | ____1. | ____2. | ____3. |

**SCREEN #6**

3.1 In the next 6 months, are you likely to purchase any of the following:
**PROGRAMMER NOTE: RANDOMIZE LIST.**

| | Yes | No | Don't Know |
|---|---|---|---|
| - a bottle of tequila? . . . . . . . | ____1. | ____2. | ____3. |
| - a bottle of rum? . . . . . . . . . | ____1. | ____2. | ____3. |
| - a bottle of vodka? . . . . . . . . | ____1. | ____2. | ____3. |

**PROGRAMMER NOTE: IF 'YES' TO '...TEQUILA' AT EITHER 3.0 OR 3.1 CONTINUE; OTHERWISE, TERMINATE.**

**SCREEN #7**

4.0 What best describes the device you are using right now to read this survey?

_____1. A desktop computer

_____2. A laptop/notebook computer

_____3. A tablet

_____4. A phone

_____5. Other

**PROGRAMMER NOTE: OPTION 1, 2, 3, OR 4, CONTINUE.**
**ALL OTHERS, TERMINATE.**

**SCREEN #8**

5.0 Do you, or does anyone else in your household, work for...

| | Yes | No |
|---|---|---|
| - an advertising agency or a market research company? . . . . . . . . . . . . . | ___1. | ___2. |
| - a company that makes, sells, or distributes any alcoholic beverages?. . . . . . . . . . | ___1. | ___2. |

**PROGRAMMER NOTE:**
**IF 'YES' TO EITHER, TERMINATE. OTHERWISE, CONTINUE.**

**SCREEN #9**

5.1 Have you participated in a survey about alcoholic beverages in the past 12 months?

_____1. Yes --> T**ERMINATE**.

_____2. No --> **CONTINUE**.

**SCREEN #10**

6.0 Do you agree to answer the questions in this survey by yourself without the help or assistance of anyone else?

_____1. Yes --> **CONTINUE**.

_____2. No --> **TERMINATE**.

**SCREEN #11**

6.1 Do you agree to answer the questions in this survey without seeking information from any other source (for example, will not conduct an internet search)?

_____1. Yes --> **CONTINUE**.

_____2. No --> **TERMINATE**.

**SCREEN #12**

7.0 Do you usually wear contact lenses or eyeglasses when you use the device you are using right now?

_____1. Yes --> **CONTINUE.**

_____2. No --> **GO TO --> SCREEN #14**

**SCREEN #13**

7.1 Do you agree to wear them during the rest of the questionnaire?

_____1. Yes --> **CONTINUE**.

_____2. No --> **TERMINATE.**

**SCREEN #14**

8.0 Please select the number **(INSERT RANDOM NUMBER ONE THROUGH FOUR)** from the following list in order to continue with the survey.

_____1. One

_____2. Two

_____3. Three

_____4. Four

**PROGRAMMER NOTE: IF NUMBER ENTERED MATCHES NUMBER IN QUESTION, CONTINUE. OTHERWISE, TERMINATE.**

**SCREEN #15**

In this survey, you are going to be shown a word mark for a brand of tequila.

Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer.

**SCREEN #16**

Please look at this word mark for a brand of tequila. Please take as much time as you like looking at the word mark before continuing with the survey.

**PROGRAMMER NOTE: SHOW IMAGE W.**

| EL BANDIDO YANKEE |
|---|

**SCREEN #17**

9.0 Could you clearly see the word mark?

_____1. Yes --> **CONTINUE**.

_____2. No --> **TERMINATE.**

**SCREEN #18**

**PROGRAMMER NOTE: SHOW IMAGE W.**

10.0 Who do you believe makes or puts out tequila that uses this word mark? Please be as specific as possible.

________________________________________________________________

________________________________________________________________

[ ] Don't know **GO TO --> SCREEN #20.**

**SCREEN #19**

**PROGRAMMER NOTE: SHOW IMAGE W.**

10.1 Why do you say that? Again, please be as specific as possible.

____________________________________________________________

____________________________________________________________

[ ] Don't know

**SCREEN #20**

**PROGRAMMER NOTE: SHOW IMAGE W.**

11.0 What else, if anything, is made or put out by whoever you believe makes or puts out tequila using this word mark? Please be as specific as possible.

____________________________________________________________

____________________________________________________________

[ ] Don't know **GO TO --> SCREEN #22.**

**SCREEN #21**

**PROGRAMMER NOTE: SHOW IMAGE W.**

11.1 Why do you say that? Again, please be as specific as possible.

____________________________________________________________

____________________________________________________________

[ ] Don't know

**SCREEN #22**

**PROGRAMMER NOTE: SHOW IMAGE W.**

12.0 Do you believe tequila using this word mark...

**PROGRAMMER NOTE: ROTATE FIRST TWO ALTERNATIVES. ALSO, ROTATE Q12.0 AND Q13.0 SERIES.**

_____1. <u>IS</u> being made or put out with the authorization, approval, or sponsorship of any other company or brand?

_____2. is <u>NOT</u> being made or put out with the authorization, approval, or sponsorship of any other company or brand?

_____3. don't know or have no opinion?

**IF 'IS BEING MADE...,' CONTINUE;**
**OTHERWISE, GO TO --> SCREEN #25.**

**SCREEN #23**

**PROGRAMMER NOTE: SHOW IMAGE W.**

12.1 Who do you believe gave authorization, approval, or sponsorship? Please be as specific as possible.

_______________________________________________________________

_______________________________________________________________

[ ] Don't know **GO TO --> SCREEN #25.**

**SCREEN #24**

**PROGRAMMER NOTE: SHOW IMAGE W.**

12.2 Why do you say that? Again, please be as specific as possible.

_______________________________________________________________

_______________________________________________________________

[ ] Don't know

**SCREEN #25**

**PROGRAMMER NOTE: SHOW IMAGE W. .**

13.0 Do you believe that whoever makes or puts out tequila using this word mark...

**PROGRAMMER NOTE: ROTATE FIRST TWO ALTERNATIVES. ALSO, ROTATE Q12.0 AND Q13.0 SERIES.**

_____1. <u>HAS</u> a business affiliation or business connection with any other company or brand?

_____2. does <u>NOT</u> have a business affiliation or business connection with any other company or brand?

_____3. don't know or have no opinion?

**IF 'HAS A BUSINESS AFFILIATION...,' CONTINUE; OTHERWISE, GO TO --> SCREEN #28.**

**SCREEN #26**

**PROGRAMMER NOTE: SHOW IMAGE W.**

13.1 Who do you believe has a business affiliation or business connection with whoever makes or puts out tequila using this word mark? Please be as specific as possible.

______________________________________________________________

______________________________________________________________

[ ] Don't know **GO TO --> SCREEN #28.**

**SCREEN #27**

**PROGRAMMER NOTE: SHOW IMAGE W.**

13.2 Why do you say that? Again, please be as specific as possible.

______________________________________________________________

______________________________________________________________

[ ] Don't know

**SCREEN #28**

14.0 Thank you for your time and participation.

# TAB B

TEST CELL

Table 1 - Questions 10.0 through 13.2
Response Categories
Survey Responses

TABLE 1

TEST CELL
Q10.0 through Q13.2

Q10.0 Who do you believe makes or puts out tequila that uses this work mark? Please be as specific as possible.
Q10.1 Why do you say that? Again, please be as specific as possible.

Q11.0 What else, if anything, is made or put out by whoever you believe makes or puts out tequila using this word mark? Please be as specific as possible.
Q11.1 Why do you say that? Again, please be as specific as possible.

Q12.0 Do you believe tequila using this word mark...
1. IS being made or put out with the authorization, approval, or sponsorship of any other company or brand?
2. is NOT being made or put out with the authorization, approval, or sponsorship of any other company or brand?
3. don't know or have no opinion?

Q12.1 Who do you believe gave authorization, approval, or sponsorship? Please be as specific as possible.
Q12.2 Why do you say that? Again, please be as specific as possible.

Q13.0 Do you believe that whoever makes or puts out tequila using this word mark...
1. HAS a business affiliation or business connection with any other company or brand?
2. does NOT have a business affiliation or business connection with any other company or brand?
3. don't know or have no opinion?

Q13.1 Who do you believe has a business affiliation or business connection with whoever makes or puts out tequila using this word mark? Please be as specific as possible.
Q13.2 Why do you say that? Again, please be as specific as possible.

---

| | Response Distribution | |
|---|---|---|
| Response Categories | Number | Percent (n=112) |
| 1. Bandido | -- | --- |
| 2. El Bandido | 8 | 7.14 |
| 3. Jose Cuervo | 8 | 7.14 |
| 4. Other | 45 | 40.18 |
| 5. Don't know/None | 51 | 45.54 |
| Total | 112 | 100.01 |

RESPONSE CATEGORIES
Q10.0 through Q13.2

TEST CELL

1. Bandido
2. El Bandido
3. Jose Cuervo
4. Other
5. Don’t know

SURVEY RESPONSES
TEST CELL

RESPONSE CATEGORY 1: Bandido

There are no responses in this category.

<u>RESPONSE CATEGORY 2</u>: El Bandido

| | |
|---|---|
| QNUM | 1004 |
| Q10.0 | I'm not sure but I'd think they were a Mexican or Hispanic based company. |
| Q10.1 | It appears to be written in spanish |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | El Bandido |
| Q13.2 | It's written in the name. |

| | |
|---|---|
| QNUM | 1021 |
| Q10.0 | elbandido |
| Q10.1 | the name is the brand of the drink |
| Q11.0 | i believe its the brand in the name |
| Q11.1 | el bandido is the brand yankee is the type of drink |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | they make the drink |
| Q12.2 | el bandido is the brand that provides the drink |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | elbandido is the brand that makes it |
| Q13.2 | because the brand is bandido |

| | |
|---|---|
| QNUM | 1041 |
| Q10.0 | Patron? |
| Q10.1 | I have actually tasted this tequila and since Patron is one of the brands I buy, I thought this might be the brand. |
| Q11.0 | Actually, now that I think about it the brand is probably Bandido. I've also bought that tequila but I was thinking about it as something new. |
| Q11.1 | I think that it must be the Bandido brand of tequila, which fits totally with the Bandido profile. |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Bandido would be the brand that gave authorization to be branded. |
| Q12.2 | Bandido gave authorization to be branded as Bandido Yankee. |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | I believe that Bandido Tequila is the brand that is affiliated with this tequila. |
| Q13.2 | El Bandido Yankee is affiliated with Bandido Tequila. |

RESPONSE CATEGORY 2: El Bandido

| | |
|---|---|
| QNUM | 1053 |
| Q10.0 | El Bandido Yankee |
| Q10.1 | All I see is the name of the brand here. It's obvious. |
| Q11.0 | I think they just make Tequila. |
| Q11.1 | I've only had Tequila from them in the past. |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | The branding shown seems very high quality and doesn't seem stolen or without authorization. |
| Q12.2 | That's just how I feel about it to to be honest. |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | I've seen branding similar to this from this specific brand before. That's why I feel this way. |
| Q13.2 | Don't know |
| QNUM | 1073 |
| Q10.0 | El Bandido |
| Q10.1 | I am slightly familiar with the brand and I believe this is their tagline. |
| Q11.0 | El Bandido tequila |
| Q11.1 | Because I would assume this word mark is specific to the El Bandido brand. |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1082 |
| Q10.0 | Company called el bandido |
| Q10.1 | It's on the name |
| Q11.1 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization… |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | I'm not sure who. But I have a feeling they do |
| Q13.2 | Statistically most companies do in order to increase profit |
| QNUM | 1091 |
| Q10.0 | EL BANDIDO YANKEE |
| Q10.1 | EL BANDIDO YANKEE |
| Q11.0 | EL BANDIDO YANKEE |
| Q11.1 | EL BANDIDO YANKEE |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | EL BANDIDO YANKEE |
| Q12.2 | EL BANDIDO YANKEE |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | EL BANDIDO YANKEE |
| Q13.2 | EL BANDIDO YANKEE |

RESPONSE CATEGORY 2: El Bandido

| | |
|---|---|
| QNUM | 1094 |
| Q10.0 | El Bandido |
| Q10.1 | Seems like this would be the most appropriate, being it's the beginning of the maker maybe?! |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | El Bandido Yankee |
| Q12.2 | Because this seems to be the name of the company! |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 3: Jose Cuervo

| | |
|---|---|
| QNUM | 1009 |
| Q10.0 | Jose Cuervo |
| Q10.1 | They are one of my favorite brands and I want something new from them. |
| Q11.0 | Their tequila is available in a lot of different flavors. |
| Q11.1 | As a person who prefers tequila I am always looking to expand my collection. |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Jose Cuervo, so it could be added to the Jose Cuervo Collection. |
| Q12.2 | This brand is well-known and well respected in this niche. |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Jose Cuervo is one of the best brands in this niche. |
| Q13.2 | It's a warm, spicy, aged 100% blue agave tequila. |

| | |
|---|---|
| QNUM | 1030 |
| Q10.0 | Jose Cuervo |
| Q10.1 | It seems like it might be spanish |
| Q11.0 | I'm not sure but it sounds hispanic |
| Q11.1 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | still jose cuervo |
| Q13.2 | still seems spanish |

| | |
|---|---|
| QNUM | 1038 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Jose cuevo |
| Q12.2 | Seems like right |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1042 |
| Q10.0 | A tequila company |
| Q10.1 | It sounds spanish, and like tequila. |
| Q11.1 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Whatever company produces Jose Cuervo |
| Q13.2 | I have no knowledge of other tequila companies |

RESPONSE CATEGORY 3: Jose Cuervo

| | |
|---|---|
| QNUM | 1052 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Jose cuervo |
| Q13.2 | It has that definitive look that reminds me of Cuervo. |
| QNUM | 1072 |
| Q10.0 | Jose cuervo |
| Q10.1 | I'm just assuming |
| Q11.0 | Jose cuervo |
| Q11.1 | That's what they make |
| Q12.0 | Is NOT being made or put out with the authorization… |
| Q13.0 | Does NOT have a business affiliation or business connection… |
| QNUM | 1100 |
| Q10.0 | Cuervo |
| Q10.1 | I's not sure just guessing |
| Q11.1 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization… |
| Q13.0 | Does NOT have a business affiliation or business connection… |
| QNUM | 1105 |
| Q10.0 | Hose quervo |
| Q10.1 | It's the brand that I'm most familiar with. |
| Q11.0 | 1800 tequila |
| Q11.1 | I know this brand but I'm not positive that they are affiliated with the first brand shown. |
| Q12.0 | Is NOT being made or put out with the authorization… |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Hose quervo tequila |
| Q13.2 | I'm most familiar with the brand |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1001 |
| Q10.0 | Daddy Yankee |
| Q10.1 | Because he makes this brand |
| Q11.0 | Nothing |
| Q11.1 | This is only thing |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | No one |
| Q13.2 | I do not believe it to be |

| | |
|---|---|
| QNUM | 1005 |
| Q10.0 | Looks like something Jameson would make I think |
| Q10.1 | It looks great |
| Q11.1 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Jameson |
| Q13.2 | Don't know |

| | |
|---|---|
| QNUM | 1006 |
| Q10.0 | Modelo |
| Q10.1 | Seemed Hispanic |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Modelo |
| Q12.2 | Seemed likely |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1008 |
| Q10.0 | Casamigos |
| Q10.1 | It sounds like them |
| Q11.0 | Tequila |
| Q11.1 | That's what they make |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | I dont think it would work by itself |
| Q12.2 | It doesn't have brand recognition |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | It sounds like it goes with another brand |
| Q13.2 | It cant stand by itself |

| | |
|---|---|
| QNUM | 1012 |
| Q10.0 | mexican brand |
| Q10.1 | its the name |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1013 |
| Q10.0 | Someone in New York |
| Q10.1 | I would say that because the Yankees are a New York thing. |
| Q11.0 | I would think they make other alcohols to go along with the theme of it. |
| Q11.1 | Because I would think they would make more money doing so |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | I think it would probably be someone from New York |
| Q13.2 | Because again, I think the name is very fitting for them |

| | |
|---|---|
| QNUM | 1014 |
| Q10.0 | Yankee |
| Q10.1 | It's from memories |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | It's good |
| Q12.2 | They are related |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Jack Dani |
| Q13.2 | I can tell similar logo |

| | |
|---|---|
| QNUM | 1015 |
| Q10.0 | Daddy yankee branded tequila |
| Q10.1 | this ends in yankee so im thinking maybe daddy yankee is making a tequila brand |
| Q11.1 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Daddy yankeee might be apart of this |
| Q13.2 | Don't know |

| | |
|---|---|
| QNUM | 1018 |
| Q10.0 | A white man |
| Q10.1 | Because of the word yankee |
| Q11.0 | That's about it. |
| Q11.1 | Because Yankee was the only thing that made me think that. If it was just El bandido then I wouldn't have thought that. |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | The fda |
| Q12.2 | Because they would need approval from FDA to sell the product |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1020 |
| Q10.0 | White people |
| Q10.1 | Yankee bandits |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Does NOT have a business affiliation or business connection... |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1022 |
| Q10.0 | Don julio |
| Q10.1 | Because it fits with their brand |
| Q11.0 | The bandido part |
| Q11.1 | The name is similar |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Because if not it could lead to lawsuits |
| Q12.2 | It can be bad for the company |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | It seems familiar |
| Q13.2 | It reminds me of another brand |

| | |
|---|---|
| QNUM | 1023 |
| Q10.0 | I believe this is a Mexican tequila brand or Spanish |
| Q10.1 | The name sounds Spanish or Mexican definitely can't be an American brand or product |
| Q11.0 | I don't know exactly the brand who makes this specific product but all I can say it's a foreign brand for sure |
| Q11.1 | You can tell through the name |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1028 |
| Q10.0 | Yankee |
| Q10.1 | Beuse it's in the last word |
| Q11.0 | No idea? |
| Q11.1 | I do not know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | I do not know that stuff. |
| Q12.2 | Because there isn't enough info |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1032 |
| Q10.0 | Three brothers |
| Q10.1 | Don't know |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1033 |
| Q10.0 | Mark anthony |
| Q10.1 | Don't know |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | It’s brand name |
| Q12.2 | Don't know |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1034 |
| Q10.0 | A person who identifies as Hispanic American |
| Q10.1 | Bandido sounds like it is of spanish origin, and yankee sounds white American so them together makes me think that the owner is Hispanic/spanish and also american and wanted to represent themselves in the name. |
| Q11.0 | I think that they make mixers and drinkware to go with their drinks. |
| Q11.1 | By the name i think that they have a very specific type of beverage, so that would want to create mixers to be paired with their tequila and drinkware that represents their style and brand as well. |
| Q12.0 | Is NOT being made or put out with the authorization… |
| Q13.0 | Does NOT have a business affiliation or business connection… |

| | |
|---|---|
| QNUM | 1035 |
| Q10.0 | Someone white and American cause in English it's just the yankee robber |
| Q10.1 | Cause I speak Spanish and that's the translation, I like it though |
| Q11.0 | Maybe clothing that's beach related |
| Q11.1 | It's just the vibe I get from the name and tequila |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Maybe someone famous like a celebrity |
| Q12.2 | It's just very common for celebrities |
| Q13.0 | Does NOT have a business affiliation or business connection… |

| | |
|---|---|
| QNUM | 1039 |
| Q10.0 | Daddy yankee |
| Q10.1 | Because the name has yankee in it |
| Q11.0 | Just the word yankee |
| Q11.1 | Daddy Yankee is an icon and his name is well known |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | I think daddy Yankee did |
| Q12.2 | Because he is an icon |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Daddy Yankee |
| Q13.2 | I think he is affiliated because of the name |

| | |
|---|---|
| QNUM | 1044 |
| Q10.0 | Titos |
| Q10.1 | Sounds like it would fit with their brand. |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Titos |
| Q12.2 | Looks like it fits their brand. |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Tito's |
| Q13.2 | It fits their brand very much. |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1045 |
| Q10.0 | A Mexican |
| Q10.1 | Because that sounds like an authentic Mexican name |
| Q11.0 | I don't know if any other products by them |
| Q11.1 | Because I don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Budweiser |
| Q13.2 | Because of the Yankee in the name |
| QNUM | 1049 |
| Q10.0 | El bandido yankee |
| Q10.1 | It says it |
| Q11.0 | Other tequilas |
| Q11.1 | Usually brands have more then one |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Patron |
| Q12.2 | I believe they own this |
| Q13.0 | Does NOT have a business affiliation or business connection… |
| QNUM | 1051 |
| Q10.0 | Chris Chelios |
| Q10.1 | I'm friends with his son |
| Q11.0 | Nothin! |
| Q11.1 | I know that this is his brand because I'm friends with his son and have seen the advertising |
| Q12.0 | Is NOT being made or put out with the authorization… |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Business in mexixco |
| Q13.2 | I think they should only use in mexico. |
| QNUM | 1054 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Petron |
| Q12.2 | They are a big and respected tequila brand. |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Bacardi |
| Q13.2 | Bacardi is a Spanish brand |
| QNUM | 1056 |
| Q10.0 | Jameson |
| Q10.1 | I think it !aight |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | I think that it fits very well. |
| Q12.2 | I think it fits great |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | I think they have great business connections |
| Q13.2 | I think that it fits very well |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1059 |
| Q10.0 | I would think this is American made. Based on knowing several white American's like tequila. I believe it's become a stereotype for white partying women. |
| Q10.1 | I say that because I've over heard people say that's what college girls like to drink at parties. That it also gets you pregnant. |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Well personally I have not seen this in stores, but i believe this is a brand most likely under a bigger name brand. Or, It's self owned and they're becoming bigger with time. |
| Q12.2 | Because this is a name brand i personally don't know. I have faith however that it is being sponsored by someone else. |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1062 |
| Q10.0 | Patron |
| Q10.1 | Seem like the right name |
| Q11.1 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1066 |
| Q10.0 | Esplelon |
| Q10.1 | Font |
| Q11.0 | thats it |
| Q11.1 | because it looks like their brand |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Espelon |
| Q13.2 | the font |

| | |
|---|---|
| QNUM | 1068 |
| Q10.0 | A company in New York |
| Q10.1 | Don't know |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1071 |
| Q10.0 | some one from up north |
| Q10.1 | yankee |
| Q11.0 | i'm not sure really. |
| Q11.1 | because i aint really sure. |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1075 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Another known tequila brand |
| Q13.2 | It what I think |

| | |
|---|---|
| QNUM | 1076 |
| Q10.0 | It looks like an Hispanic brand. |
| Q10.1 | The font. |
| Q11.1 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1077 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Tequila |
| Q12.2 | That's the brand that it comes from |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Tequila Baku |
| Q13.2 | It reminds me of sarah baka |

| | |
|---|---|
| QNUM | 1080 |
| Q10.0 | I think it's a store brand |
| Q10.1 | It doesn't sound like something similar and I don't think I've seen that brand before |
| Q11.1 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1088 |
| Q10.0 | Patron |
| Q10.1 | Because it just looks like this who makes this |
| Q11.0 | Just the name of it |
| Q11.1 | Because that’s just what I see |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | I have no idea |
| Q12.2 | Because I don’s have an idea |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Patron |
| Q13.2 | Because that’s what I believe |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1092 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | The owners of the brand |
| Q12.2 | The owners may have a background related to the name of the brand |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1096 |
| Q10.0 | Mexico |
| Q10.1 | Because of the Mexican name |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Another brand |
| Q12.2 | Because it seems like it |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Not sure |
| Q13.2 | Just don's know |

| | |
|---|---|
| QNUM | 1098 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | patron |
| Q13.2 | it has that kind of vibe but I could be wrong |

| | |
|---|---|
| QNUM | 1099 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Vodka |
| Q12.2 | Because of alcohol |
| Q13.0 | Does NOT have a business affiliation or business connection… |

| | |
|---|---|
| QNUM | 1101 |
| Q10.0 | 1800 |
| Q10.1 | The bold font reminds me of their product. |
| Q11.0 | Silver, Gold and Platinum tequila. |
| Q11.1 | Because that's what I know they make. |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Does NOT have a business affiliation or business connection… |

| | |
|---|---|
| QNUM | 1102 |
| Q10.0 | A southern Mexican |
| Q10.1 | The name insinuates it |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | I think it would be illegal not to |
| Q12.2 | They would get in trouble as soon as they hit the shelves |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 4: Other

| | |
|---|---|
| QNUM | 1106 |
| Q10.0 | 1800 Tequila |
| Q10.1 | It seems to be on brand with what 1800 has to offer |
| Q11.0 | Nothing that I haven't already said |
| Q11.1 | Because there isn't anything else |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | 1800 Tequila |
| Q13.2 | Its just a hunch feeling |
| QNUM | 1108 |
| Q10.0 | Maybe The producers |
| Q10.1 | For get mor attention |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |
| QNUM | 1109 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | 1800 |
| Q13.2 | It's the brand that popped into my head |
| QNUM | 1110 |
| Q10.0 | El bandido yankee |
| Q10.1 | I don't know who makes el bandido yankee |
| Q11.0 | Jim Bob Morris |
| Q11.1 | Jim Bob Morris makes el bandido yankee |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |
| QNUM | 1111 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don hulio |
| Q12.2 | I'm not sure who did it |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 5: Don't know

| | |
|---|---|
| QNUM | 1002 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1003 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1007 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1010 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1011 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1016 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1017 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1019 |
| Q10.0 | I'm honestly not sure at all |
| Q10.1 | Have never seen it |
| Q11.0 | Not sure |
| Q11.1 | Na |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 5: Don't know

| | |
|---|---|
| QNUM | 1024 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1025 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1026 |
| Q10.0 | Not sure |
| Q10.1 | Just not familiar |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1027 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1029 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1031 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1036 |
| Q10.0 | Not sure about it |
| Q10.1 | Not sure about it |
| Q11.0 | None |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | not sure |
| Q12.2 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

RESPONSE CATEGORY 5: Don't know

| | |
|---|---|
| QNUM | 1037 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |
| QNUM | 1040 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |
| QNUM | 1043 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |
| QNUM | 1046 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1047 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1048 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |
| QNUM | 1050 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1055 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1057 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 5: Don't know

| | |
|---|---|
| QNUM | 1058 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | I don't know |
| Q12.2 | I don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |
| QNUM | 1060 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |
| QNUM | 1061 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |
| QNUM | 1063 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1064 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |
| QNUM | 1065 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1067 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |

RESPONSE CATEGORY 5: Don't know

| | |
|---|---|
| QNUM | 1069 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Don't know |
| QNUM | 1070 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Don't know |
| Q13.0 | Does NOT have a business affiliation or business connection… |
| QNUM | 1074 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1078 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1079 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | athletes I think as I recall |
| Q13.2 | I remember hearing someone talking about it at the bar a few weeks ago |
| QNUM | 1081 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | HAS a business affiliation or business connection… |
| Q13.1 | Don't know |
| QNUM | 1083 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization… |
| Q13.0 | Does NOT have a business affiliation or business connection… |
| QNUM | 1084 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization… |
| Q12.1 | Don't know |
| Q13.0 | Does NOT have a business affiliation or business connection… |

RESPONSE CATEGORY 5: Don't know

| | |
|---|---|
| QNUM | 1085 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1086 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1087 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1089 |
| Q10.0 | The brand. |
| Q10.1 | Don't know |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |

| | |
|---|---|
| QNUM | 1090 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1093 |
| Q10.0 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | Does NOT have a business affiliation or business connection... |

| | |
|---|---|
| QNUM | 1095 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |

| | |
|---|---|
| QNUM | 1097 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |

RESPONSE CATEGORY 5: Don't know

| | |
|---|---|
| QNUM | 1103 |
| Q10.0 | Unsure |
| Q10.1 | Don't know |
| Q11.0 | Not sure |
| Q11.1 | Don't know |
| Q12.0 | IS being make or put out with the authorization... |
| Q12.1 | Don't know |
| Q13.0 | HAS a business affiliation or business connection... |
| Q13.1 | Don't know |
| QNUM | 1104 |
| Q10.0 | I have never heard of this word mark before in my life. |
| Q10.1 | because I've never heard of it. i can't really help that. |
| Q11.1 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1107 |
| Q10.0 | Don't know |
| Q12.0 | Don't know or have no opinion |
| Q13.0 | Don't know or have no opinion |
| QNUM | 1112 |
| Q10.0 | Don't know |
| Q12.0 | Is NOT being made or put out with the authorization... |
| Q13.0 | Does NOT have a business affiliation or business connection... |

# TAB C

## TEST CELL

## RESPONDENT CHARACTERISTICS

Table 2 – Past and Future Purchase of Tequila
Table 3 - Gender Distribution of Respondents
Table 4 - Age Distribution of Respondents
Table 5 - Gender and Age Distribution of Respondents

TABLE 2

TEST CELL

Past and Future Purchase of Tequila
Questions 3.0 and 3.1

Q3.0 In the past 6 months, have you purchased...

- a bottle of tequila

| Response Categories | Response Distribution Number | Percent (n=112) |
|---|---|---|
| 1. Yes | 93 | 83.04 |
| 2. No/don't know | 19 | 16.96 |
| Total | 112 | 100.00 |

Q3.1 In the next 6 months, are you likely to purchase...

- a bottle of tequila?

| Response Categories | Response Distribution Number | Percent (n=112) |
|---|---|---|
| 3. Yes | 110 | 98.21 |
| 4. No/don't know | 2 | 1.79 |
| Total | 112 | 100.00 |

TABLE 3

TEST CELL

GENDER DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution Number | Percent (n=112) |
|---|---|---|
| 1. Male | 48 | 42.86 |
| 2. Female | 64 | 57.14 |
| Total | 112 | 100.00 |

TABLE 4

TEST CELL

AGE DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution Number | Percent (n=112) |
|---|---|---|
| 1. 21 to 34 | 88 | 78.57 |
| 2. 35 to 54 | 18 | 16.07 |
| 3. 55 or over | 6 | 5.36 |
| Total | 112 | 100.00 |

TABLE 5

TEST CELL

GENDER AND AGE DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution | |
|---|---|---|
| | Number | Percent |
| 1. Male | | (n=48) |
| - 21 to 34 | 36 | 75.00 |
| - 35 to 54 | 10 | 20.83 |
| - 55 or over | 2 | 4.17 |
| Male Total | 48 | 100.00 |
| 2. Female | | (n=64) |
| - 21 to 34 | 52 | 81.25 |
| - 35 to 54 | 8 | 12.50 |
| - 55 or over | 4 | 6.25 |
| Female Total | 64 | 100.00 |
| Grand Total | 112 | |