EXHIBIT 2

ford bubala & associates
4952 Warner Ave, Suite 317
Huntington Beach, CA 92649
Telephone: (562) 592-4581
Facsimile: (562) 592-3867

www.fordbubala.com

July 3, 2024

TO: Paulo A. de Almeida
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard
Ninth Floor
Los Angeles, CA 90064

FROM: Dr. AnnaBelle Sartore
Ford Bubala & Associates

RE: Supplemental Expert Report - AnnaBelle Sartore, Ph.D.

I, AnnaBelle Sartore do provide this Supplemental Expert Report follows:

The survey executed on behalf of the Plaintiff in the instant matter did not apriori specify age and gender "quotas" as those were provided by the professional interviewing service. This process is generally referred to as Click Balancing. The process for this is generally as follows:

- the interviewing service samples the national database to establish the distribution (by percentage) of various characteristics (e.g. age, gender, etc.) of this data
- the interviewing service then samples in proportions provided by the above; and based upon the respondents' qualified participation (e.g, past 6 months/future 6 months purchase of a bottle of tequila)
- the result is the distribution of qualified respondents by age and gender that participated in the survey (as shown on pages 38 and 39 of the Sartore survey report).

This process (Click Balancing) is considered a reliable substitute for apriori conducting a survey of the U.S. population, in proportion to the population's characteristics, and determining the age and gender of qualified participants and then sampling from that distribution.

In the instant matter the Click Balancing approach was utilized and, as a researcher, I recognize that while there might be differences in the percentage distribution of characteristics definition, the opinion of past or potential tequila purchasers is the relevant issue and given the approach utilized the results are considered to be reliable.

I understand that the methodology of my survey has been critiqued based on that suggestion that I should have used the Squirt format as opposed to the Eveready - Squirt as opposed to Eveready I disagree with this critique. Relative to this comment there are two issues at least.

The first critique deals with proximity. Squirt is recommended if the products/services at issue are sold proximate to one another. Apparently, this is not the case relative to the products at issue - wine versus bottled tequila. To date, no information has been provided that suggests that the products are sold in proximity, to justify making a Squirt survey appropriate. If they are not sold in proximity a Squirt design is not appropriate.

The second commercial strength. Given the length of time that Plaintiff's product has been on the market (i.e. 20 years), one can assume some level of commercial strength. Given what is known about their market place presence, I have no reason to believe that the mark lacks consumer recognition in a way that would justify a different survey methodology. The preceding was considered in the selection of an Eveready survey methodology.

AnnaBelle Sartore, Ph.D.