1  J. SCOTT GERIEN (SBN 184728)
   sgerien@dpf-law.com
2  JOY L. DURAND (SBN 245413)
   jdurand@dpf-law.com
3  DICKENSON, PEATMAN & FOGARTY
4  1500 First Street, Suite 200
   Napa, California 94559
5  Telephone: (707) 261-7000
   Facsimile: (707) 340- 7239
6
7  *Attorneys for Defendant,*
   *REBEL WINE CO., LLC*
8
9  ROBERT A. RIVAS (SBN 196744)
   rrivas@wrslawyers.com
10 BENJAMIN J. MANDEL (SBN 342091)
   bmandel@wrslawyers.com
11 PAULO A. DE ALMEIDA (SBN 279168)
   pdealmeida@wrslawyers.com
12 WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
13 11400 West Olympic Boulevard, 9th Floor
   Los Angeles, California 90064-1582
14 Telephone: (310) 478-4100
   Facsimile: (310) 479-1422
15
16 *Attorneys for Plaintiff,*
   *ROAR SPIRITS, LLC f/k/a EL BANDIDO YANKEE, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROAR SPIRITS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, F/K/A EL BANDIDO YANKEE, LLC<br><br>         Plaintiff,<br><br>     vs.<br><br>REBEL WINE CO., LLC, a California limited liability company,<br><br>         Defendant. | **Case No. 4:23-cv-04809-HSG**<br><br>**JOINT STIPULATED REQUEST AND ORDER TO ADD MATTER TO OCTOBER 22, 2024, CIVIL CASE MANAGEMENT CONFERENCE CALENDAR (as modified)** |

1  Pursuant to Civil Local Rules 7-1, 7-12 and 16-10(c), Plaintiff Roar Spirits, LLC f/k/a El Bandido Yankee, LLC ("Roar") and Defendant Rebel Wine Co., LLC ("Rebel") (collectively, the "Parties"), by and through their respective counsel, hereby request that the Court add the below-identified matter to its October 22, 2024 Case Management Conference calendar pursuant to the Parties' stipulation.

The Parties stipulate as follows:

WHEREAS, this proceeding before the Court is an appeal of a decision of the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office brought pursuant to 15 U.S.C. § 1071;

WHEREAS, in civil actions brought pursuant to 15 U.S.C. § 1071, the testimony and exhibits of the record in the United States Patent and Trademark Office shall be admitted on motion of any party and shall have the same effect as if originally taken and produced in the suit.  See § 15 U.S.C. § 1071(b)(3);

WHEREAS, on July 10, 2024, the Parties filed a Stipulation to Admit the record from Opposition No. 91268314 in United States Patent and Trademark Office ("July 10, 2024 Stipulation").  See ECF 32;

WHEREAS, on July 11, 2024, the Court denied the Parties' July 10, 2024 Stipulation.  See ECF 34;

WHEREAS, the Parties wish to obtain the Court's input on how best to proceed concerning the preferred process and procedure for the admission of the testimony and exhibits of the record from Opposition No. 91268314 in the United States Patent and Trademark Office; and

WHEREAS, pursuant to the Court's Civil Pretrial and Trial Standing Order the Parties' deadline to meet and confer for Pretrial preparation is October 22, 2024.

NOW THEREFORE, the Parties hereby jointly request that the Court add this matter to its October 22, 2024, Case Management Conference calendar to discuss the admission of the testimony and exhibits of the record from Opposition No. 91268314 in the United States Patent and Trademark Office.

///

|     |                          |                                                    |
| --- | ------------------------ | -------------------------------------------------- |
| 1   |                          | Respectfully Submitted,                            |
| 2   | Dated: October 14, 2024  | DICKENSON, PEATMAN & FOGARTY                       |

                         /s/ J. Scott Gerien
                         J. Scott Gerien

                         Attorneys for Defendant
                         REBEL WINE CO., LLC

Dated: October 14, 2024           WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

                         /s/ Paulo A. de Almeida
                         Paulo A. de Almeida

                         Attorneys for Plaintiff
                         ROAR SPIRITS, LLC f/k/a EL BANDIDO YANKEE, LLC

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The case management conference is set for October 22, 2024 at 2:00 p.m. via a Zoom webinar.  The Zoom information is: https://canduscourts.zoomgov.com/j/1607976056?pwd=aW5IeE14UkJRbkdPTGJFWFUrRG1Cdz09 Webinar ID: 160 797 6056/Passcode: 129759.  All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

Dated: 10/15/2024

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge