## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | CALIFORNIA, NORTHERN DISTRICT |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 4:23-cv-04809-HSG |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 09/19/2023 |

Date of judgment or order you are appealing: | 02/18/2025 |

Docket entry number of judgment or order you are appealing: | 68 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Roar Spirits, LLC, a Delaware limited liability company, f/k/a El Bandido Yankee, LLC

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case?  ○ Yes    ◉ No

If yes, what is the prior appeal case number? | |

Your mailing address (if pro se):

| |

| |

City: | |    State: | |    Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | /s/ Robert A. Rivas |    **Date** | Mar 20, 2025 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Roar Spirits, LLC, a Delaware limited liability company, f/k/a El Bandido Yankee, LLC

Name(s) of counsel (if any):

Robert A. Rivas (SBN 196744); Paulo A. de Almeida (SBN 279168)

Address: 11400 West Olympic Boulevard, 9th Fl., Los Angeles, CA 90064-1582

Telephone number(s): (310) 478-4100

Email(s): rrivas@wrslawyers.com; pdealmeida@wrslawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Sutter Home Winery, Inc., a California corporation

Name(s) of counsel (if any):

J. Scott Gerien (SBN 184728); Joy L. Durand (SBN 245413); and Allison N. Berk (SBN 347982)

Address: 1500 First Street, Suite 200, Napa, CA 94559

Telephone number(s): (707) 261-7000

Email(s): sgerien@dpf-law.com; jdurand@dpf-law.com; abergk@dpf-law.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Roar Spirits, LLC, a Delaware limited liability company, f/k/a El Bandido Yankee, LLC

Name(s) of counsel (if any):

Eric Westlund (SBN 293403); Benjamin J. Mandel (SBN 342091)

Address: 11400 West Olympic Boulevard, 9th Fl., Los Angeles, CA 90064-1582

Telephone number(s): (310) 478-4100

Email(s): ewestlund@wrslawyers.com; bmandel@wrslawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *2*                              *New 12/01/2018*